**AMERICAN UNIVERSITY of ANTIGUA** — COLLEGE OF MEDICINE

**Medical Student Performance Evaluation (MSPE)**
October 13, 2020

## IDENTIFYING INFORMATION

████████████ is a fourth-year student in good standing at the American University of Antigua College of Medicine (AUA), Coolidge, Antigua, West Indies (See Appendix A). She is a resident of Myrtle Beach, SC.

## NOTEWORTHY CHARACTERISTICS

- ❖ In 2016, Ms. ████████ co-authored the article: "Sensitivity of diffusion MRI to perilesional reactive astrogliosis in focal ischemia", published in *NMR Biomedicine Journal* based on research examining reactive astrogliosis in response to acute focal ischemia, which was conducted by using diffusion kurtosis imaging (DKI) and GFAP to quantify densities of astrocytes within the motor cortex of rats.
- ❖ Concurrent with her medical studies, Ms. ████████ is pursuing an MBA with a focus in Healthcare from Franklin University. She believes a better understanding of the administrative side of medicine will help her navigate a higher standard as a future physician.
- ❖ During the COVID-19 pandemic, Ms. ████████ worked the frontline at Interfaith Medical Center in Brooklyn, NY.
- ❖ In August, Ms. ████████ submitted a poster presentation case report to the ACP, South Carolina chapter. Her presentation explained the occurrence of Takotsubo cardiomyopathy with concurrent non-ST-elevation myocardial infarction in a 70-year old female. She is scheduled to present the poster in Charleston, SC.

## ACADEMIC HISTORY

| | |
|---|---|
| Estimated Date of Expected Graduation from Medical School | December 31, 2020 |
| Extensions, leaves, gaps or breaks in ████████ medical education:<br>• 03/07/2020-05/04/2020: clinical leave of absence | Yes |
| Was the student required to repeat or otherwise remediate any clinical course work during her medical education? If yes, please explain. | No |
| Was the student the recipient of any adverse action(s) by the medical school or its parent institution? | No |
| Was the student's medical education affected by the COVID-19 pandemic? (Please see Academic Progress for more details)<br>• Delay in clinical schedule | Yes |

Manipal Education Americas, LLC Representative for American University of Antigua
1 Battery Park Plaza, 33rd Floor, New York, NY 10004
1 (888) AUA-UMED | www.auamed.org

## ACADEMIC PROGRESS

### Professional Performance

Ms. ▉▉▉▉ has met all AUA's standards for professionalism at American University of Antigua College of Medicine. AUA assesses all students' communication skills, adaptability, respect for patients and respect for the health care teams, cultural competency, accountability, initiative and composure under stress. Ms. ▉▉▉▉ has consistently met all of AUA's criteria.

### Preclinical Coursework

Ms. ▉▉▉▉ successfully completed the Basic Science curriculum and passed her Step 1 exam.

### Clinical Sciences

Throughout her clinical education, Ms. ▉▉▉▉ has been evaluated by clinical faculty on six core competencies: **Patient Care** (Student provides patient care that is compassionate, appropriate, and effective for the treatment of health problems and the promotion of health); **Medical Knowledge** (Student demonstrates knowledge about established and evolving biomedical, clinical, and cognate sciences and the application of this knowledge to patient care); **Practice-Base Learning and Improvement** (Student is able to investigate and evaluate patient care practices, appraise and assimilate scientific evidence, and suggest improvement of patient care practices); **Interpersonal and Communication Skills** (Student demonstrates appropriate interpersonal and communication skills that result in effective information exchange and teaming with patients, their patient's families, and professional associates); **Professionalism** (Student demonstrates a commitment to carrying out professional responsibilities, adherence to ethical principles, and sensitivity to a diverse patient population); **Systems-Based Practice** (Student demonstrates an awareness of and responsiveness to the larger context and system of health care and the ability to effectively call on system resources to provide care that is of optimal value).

Each student takes a NBME clinical core subject shelf examination upon completion of each core rotation (Internal Medicine, Family Medicine, Obstetrics/Gynecology, Pediatrics, Psychiatry and Surgery). The examination score contributes 30% towards the student's core rotation grade. Ms. ▉▉▉▉'s Student Portfolio, containing information about her patients' illnesses/diseases as well as her curricular and extracurricular activities, is regularly reviewed by the faculty.

Throughout the COVID-19 pandemic, AUA has continued clinical rotations wherever permissible and safe at the majority of its affiliated clinical sites. Learning experiences at some teaching hospitals have been supplemented with remote learning opportunities. In addition, remote clinical learning activities have been established ("Grand Rounds" in Internal Medicine, Surgery, OB/GYN, Pediatrics and Psychiatry) under the auspices of affiliated teaching hospitals. Students have been assessed in the previously established way by clinical faculty. In some cases, students have been affected by gaps in their education due to scheduling conflicts. Some students have also

been affected by the closure of Prometric testing sites, which has caused delays in scheduling and taking the USMLE Step 2 CK exam.

The preceptor of her psychiatry core commended her as an "all around excellent student" with "great academic skills" and "excellent clinical skills." Ms. ▮▮▮▮▮▮, who was "highly motivated," "showed tremendous interest in work and academics," and completed an "excellent" job during the rotation. The supervisor of her pediatrics core described her as a "very mature student" who demonstrated a "solid fund of knowledge" and "enthusiastic interest in learning." Ms. ▮▮▮▮▮▮ also achieved "high grades on written tests." The evaluator of her surgery core "was impressed with the depth" and "breath of her medical knowledge." Ms. ▮▮▮▮▮▮ proved to be "an excellent problem solver."

The listing of her completed and ongoing rotations is as follows:

| Clerkships | Hospital | #weeks | Grade |
|---|---|---|---|
| **5th Semester** | | | |
| Family Medicine1/ Internal Medicine1 | Richmond University Medical Center, Staten Island, NY | 6 | H |
| **Core Rotations** | | | |
| Psychiatry | Interfaith Medical Center, Brooklyn, NY | 6 | H |
| Pediatrics | Kingsbrook Jewish Medical Center, Brooklyn, NY | 6 | HP |
| Internal Medicine | Emory Decatur Hospital (previously DeKalb Medical Center), Atlanta, GA | 12 | HP |
| Family Medicine | Emory Decatur Hospital (previously DeKalb Medical Center), Atlanta, GA | 6 | H |
| Obstetrics & Gynecology | Emory Decatur Hospital (previously DeKalb Medical Center), Atlanta, GA | 6 | H |
| Surgery | O'Connor Hospital | 8 | H |
| **Electives** | | | |
| Gastroenterology | Interfaith Medical Center, Brooklyn, NY | 6 | H |
| Endocrinology | Interfaith Medical Center, Brooklyn, NY | 6 | H |
| Internal Medicine Sub-Internship | Grand Strands Regional Medical Center | 4 | HP |
| Anesthesiology | Grand Strands Regional Medical Center | 4 | Pending |

**SUMMARY**

In summary, ▮▮▮▮▮▮ has shown herself to be a knowledgeable, motivated and highly professional medical student, who has demonstrated her eagerness to learn and her ability to apply her knowledge. In addition, she has passed her Step 1 and Step 2 CK exams. She has been praised by the evaluating physicians of her clinical rotations for her excellent clinical acumen, robust work ethic and strong problem-solving skills, as well as for the compassionate patient care she has demonstrated thus far. Dedicated, bright, reliable and personable, and she will certainly be a valuable asset to any residency program.

I trust that you will give ███████████████ application for post-graduate training at your institution every favorable consideration.

                Sincerely,

                *J. Peter Bell*

                Peter Bell, MD
                Vice President Global Medical Education
                Executive Dean, Clinical Science

PB/rz

student copy

# Appendix to MSPE

## About AUA

The American University of Antigua (AUA) was founded in 2004. Our MD program is one of only a few in the Caribbean that follows the clinically integrated U.S. model. AUA students are ECFMG eligible, and to date over 2,400 of our graduates have been placed in more than 900 separate residency programs across the majority of the United States, plus Washington DC, Puerto Rico, and in Canada and the United Kingdom.

Among AUA's accreditations and approvals are the following:

- AUA is one of a select few medical schools whose campuses are in the Caribbean that is recognized by the Medical Board of California. This approval entitles AUA's students to participate in clinical clerkships while pursuing their medical doctorate degrees and to participate in residency training and to become licensed physicians upon graduation;

- AUA is similarly approved by the New York State Education Department, which entitles its students to engage in clinical clerkships and residency training in the State;

- The Commission for Independent Education of the Florida Department of Education has licensed AUA to provide clinical clerkship training of its students in the State;

- AUA is accredited by the Caribbean Accreditation Authority for Education in Medicine and other Health Professions (CAAM-HP). CAAM-HP was established in 2003 and is the legally constituted body for accreditation of medical, nursing, veterinary and other educational programs leading to practice in the field of heath care in the Caribbean Community (CARICOM) member countries. By legislation, CAAM-HP is the accreditor of medical schools for the Government of Antigua and Barbuda. With CAAM-HP as its medical school accreditor, Antigua and Barbuda has been recognized by the U.S. Department of Education as having standards and procedures for the accreditation of medical schools that are comparable to those of the Liaison Commission on Medical Education (LCME). In 2023, graduates of international medical schools will not be eligible for ECFMG certification unless their schools are accredited by a regional accreditor approved by the ECFMG.

- The American Association of Physicians of Indian Origin (AAPI) has recognized AUA as a leader in international medical education. AUA is the only international medical school that has achieved this distinction.