UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Emily Doe,<br>         Plaintiff<br>vs.<br>American University of Antigua, Inc.,<br>         Defendant. | Civil Action No.:<br><br>**PLAINTIFF'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |

Plaintiff Emily Doe (hereafter "Emily") submit the following responses to the Interrogatories required by Local Rule 26.01:

(A) State name and address and telephone number all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE:** None of which Plaintiff is aware.

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE:** Plaintiff does not request a jury trial at present.

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE**: Not applicable.

(D) State the facts for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE:** The hospital with which Defendant is affiliated for purposes of certain of the actions which form the basis for the claims herein is located in Horry County.

1

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provided: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

   **RESPONSE**:   This action is not related to any other matter filed in this District.

(F) If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct information.

   **RESPONSE**:  Not applicable.

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the bass of their liability.

   **RESPONSE:**  Not applicable.


                                                      s/ Desa Ballard
                                                     Desa Ballard (ID# 1179)
                                                     Harvey M. Watson III (ID# 9271)

                                                     **BALLARD & WATSON**
                                                     226 State Street
                                                     West Columbia, SC  29169
                                                     Telephone 803.796.9299
                                                     Facsimile 803.796.1066
                                                     desab@desaballard.com
                                                     harvey@desaballard.com

December 23, 2020                                    ATTORNEYS FOR PLAINTIFF

2