# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Emily Doe,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>American University of Antigua, Inc.,<br><br>　　　　Defendants. | C/A No. 4:20-cv-04445-JD<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Angus H. Macaulay, represents the Defendant, American University of Antigua, Inc., and hereby gives notice of appearance as counsel in the above-captioned action. All future pleadings and correspondence should be sent to the attorney at the address below.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ Angus H. Macaulay
　　　　　　　　　　　　　　　　　　Angus H. Macaulay, Fed ID No. 5248
　　　　　　　　　　　　　　　　　　NEXSEN PRUET, LLC
　　　　　　　　　　　　　　　　　　1230 Main Street, Suite 700 (29201)
　　　　　　　　　　　　　　　　　　Post Office Drawer 2426
　　　　　　　　　　　　　　　　　　Columbia, SC 29202
　　　　　　　　　　　　　　　　　　Telephone: 803.771.8900
　　　　　　　　　　　　　　　　　　AMacaulay@nexsenpruet.com

　　　　　　　　　　　　　　　　　　*Attorney for Defendant American University of Antigua, Inc.*

January 13, 2021
Columbia, South Carolina