IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Emily Doe | ) | Civil Action No.: 4:20-cv-04445-JD |
| Plaintiff | ) | |
| vs. | ) | **MOTION:** |
| | ) | **EXTENSION OF TIME TO FILE** |
| American University of Antigua Inc., | ) | **REPLY TO RESPONSE TO MOTION** |
| | ) | **TO PROCEED ANONYMOUSLY** |
| Defendant | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.01 (DSC), Plaintiff Emily Doe, by and through undersigned counsel, hereby moves this Court for a fourteen (14) day extension of time, to run from the date of filing of the instant motion, within which Plaintiff may reply to Defendant's Response to Motion to Proceed Anonymously. (Motion ECF 5, Response ECF 11). The reply is currently due on February 10, 2021, and an extension of fourteen (14) days would make the reply due on February 24, 2021.

Plaintiff would show that this matter was initiated using an Acceptance of Service which, when accepted, granted Defendants an additional thirty (30) days to answer or otherwise respond to the complaint in this action. (ECF 6).

On information and belief, Defendant's response date was extended from the start and Plaintiff is informed and believes no prejudice to the Defendant or the Court would result from the grant of the requested extension. In addition, Plaintiff is informed and believes that good cause exists for the extension sought.

In accordance with Local Rule 7.02 (DSC) Plaintiff's counsel conferred with counsel for Defendant and Counsel for Defendant does not object to the request for extension of time.

1

2

For the reasons set forth above, Plaintiff respectfully requests an extension of time of fourteen (14) days to file her reply to the Response of Defendant (ECF 11), such extension to run from the due date for the Reply, which is currently February 10, 2021. If granted, the new date for filing of a Reply would be **February 24, 2021**.

Respectfully submitted,

/s/ Desa Ballard
Desa Ballard, Fed. ID No. 1179
Harvey M. Watson III, Fed. ID No. 9271

BALLARD & WATSON
226 State Street
West Columbia, SC  29169
Telephone:  803.796.9299
Facsimile:  803.796.1066
desab@desaballard.com
harvey@desaballard.com

*Attorneys for Plaintiff*

February 10, 2021

2