# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Emily Doe,<br><br>            Plaintiff,<br><br>vs.<br><br>American University of Antigua Inc.,<br><br>            Defendant. | C.A. No. 4:20-cv-04445-JD<br><br>**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

      Defendant American University of Antigua Inc. ("Defendant"), by and through undersigned counsel, respectfully moves for an Order dismissing Plaintiff Emily Doe's ("Plaintiff") Complaint (Dkt No. 1) for lack of personal jurisdiction and on *forum non conveniens* grounds, pursuant to Federal Rules of Civil Procedure 12(b)(2) and (3).

      Defendant submits the accompanying Memorandum of Law in support of its Motion. Defendant respectfully requests that the Court dismiss all of Plaintiff's claims without the opportunity to amend.

[Signature Page to Follow]

Respectfully submitted,

/s/ Angus H. Macaulay
Angus H. Macaulay, Fed. ID No. 5248
Brittany N. Clark, Fed. ID No.
AMacaulay@nexsenpruet.com
BClark@nexsenpruet.com
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC  29202
PHONE:  803.771.8900
FACSIMILE:  803.727.1435

*Attorneys for Defendant American University of Antigua Inc.*

February 22, 2021
Columbia, South Carolina

2