# EXHIBIT 2

Affidavit of
Leonard A. Sclafani, Esquire

# COVER LETTER

**TO:** New Filing Section
Division of Corporations

**SUBJECT:** American University of Antigua Inc.
_Name of corporation - must include suffix_

Dear Sir or Madam:

The enclosed "Application by Foreign Corporation for Authorization to Transact Business in Florida," "Certificate of Existence," or "Certificate of Good Standing" and check are submitted to register the above referenced foreign corporation to transact business in Florida.

Please return all correspondence concerning this matter to the following:

Leonard Sclafani, Esq.
_Name of Person_

American University of Antigua Inc.
_Firm/Company_

c/o Manipal Education Americas, LLC, One Battery Park Plaza, 33rd Floor
_Address_

New York    NY    10004
_City/State and Zip code_

lsclafani@auamed.org
_E-mail address: (to be used for future annual report notification)_

For further information concerning this matter, please call:

_____ at (_____) _____
Name of Person            Area Code & Daytime Telephone Number

**STREET/COURIER ADDRESS:**
New Filing Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

**MAILING ADDRESS:**
New Filing Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

Enclosed is a check for the following amount:

☐ $70.00 Filing Fee    ☐ $78.75 Filing Fee & Certificate of Status    ☒ $78.75 Filing Fee & Certified Copy    ☐ $87.50 Filing Fee, Certificate of Status & Certified Copy

## APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.*

1. American University of Antigua Inc.

   (Enter name of corporation; must include "INCORPORATED," "COMPANY," "CORPORATION," "Inc.," "Co.," "Corp," "Inc," "Co," or "Corp.")

   _____
   (If name unavailable in Florida, enter alternate corporate name adopted for the purpose of transacting business in Florida)

2. ANTIGUA AND BARBUDA
   (State or country under the law of which it is incorporated)

3. _____
   (FEI number, if applicable)

4. OCTOBER 10, 2003
   (Date of incorporation)

5. Perpetual
   (Duration: Year corp. will cease to exist or "perpetual")

6. UPON QUALIFICATION
   (Date first transacted business in Florida, if prior to registration)
   (SEE SECTIONS 607.1501 & 607.1502, F.S., to determine penalty liability)

7. UNIVERSITY PARK JABBERWOCK BEACH ROAD COOLIDGE ANTIGUA
   (Principal office address)

   C/O MANIPAL EDUCATION AMERICAS
   (Current mailing address)

8. Name and street address of Florida registered agent: (P.O. Box NOT acceptable)

   Name: Corporation Service Company

   Office Address: 1201 Hays Street

   Tallahassee, Florida 32301
   (City)                    (Zip code)

9. Registered agent's acceptance:
*Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

Corporation Service Company

By: _Carina L. Dunlap_     Carina L. Dunlap
                          Asst. Vice President
   (Registered agent's signature)

10. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

11. Names and business addresses of officers and/or directors:

A. DIRECTORS

Chairman: _____

Address: _____

Vice Chairman: _____

Address: _____

Director: NEAL SIMON

Address: C/O MANIPAL EDUCATION AMERICAS, LLC

One Battery Park Plaza, 33rd Floor, New York, New York 10004

Director: VIKRAM KAUL

Address: C/O MANIPAL EDUCATION AMERICAS, LLC

One Battery Park Plaza, 33rd Floor, New York, New York 10004

B. OFFICERS

President: NEAL SIMON

Address: C/O MANIPAL EDUCATION AMERICAS, LLC

One Battery Park Plaza, 33rd Floor, New York, New York 10004

Vice President: _____

Address: _____

Secretary: VIKRAM KAUL

Address: C/O MANIPAL EDUCATION AMERICAS, LLC, One Battery Park Plaza, 33rd Floor, New York, New York 10004

Treasurer: _____

Address: _____

NOTE: If necessary, you may attach an addendum to the application listing additional officers and/or directors.

12. _____ [signature]
Signature of Director or Officer

The officer or director signing this document (and who is listed in number 12 above) affirms that the facts stated herein are true and that he or she is aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

13. Secretary    VIKRAM KAUL
(Typed or printed name and capacity of person signing application)



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Foreign Profit Corporation
AMERICAN UNIVERSITY OF ANTIGUA INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | F14000002857 |
| **FEI/EIN Number** | 26-3354895 |
| **Date Filed** | 07/02/2014 |
| **State** | OC |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 07/03/2019 |

**Principal Address**

University Park
Jabberwock Beach Road
Coolidge, Antigua AG

Changed: 10/29/2015

**Mailing Address**

c/o Manipal Education Americas
1 Battery Park Plaza
33rd Fl.
New York, NY 10004

Changed: 10/29/2015

**Registered Agent Name & Address**

Corporation Service Corporation
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Name Changed: 07/03/2019

Address Changed: 07/03/2019

**Officer/Director Detail**
**Name & Address**

Title PD

SIMON, NEAL
ONE BATTERY PARK PLAZA, 33RD FLOOR
NEW YORK, NY 10004

Title SD

Marudheri, Prabhu
c/o Manipal Education Americas
1 Battery Park Plaza
33rd Fl.
New York, NY 10004

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2018 | 07/03/2019 |
| 2019 | 07/03/2019 |
| 2020 | 07/20/2020 |

### Document Images

| | |
|---|---|
| 07/20/2020 -- ANNUAL REPORT | View image in PDF format |
| 07/03/2019 -- REINSTATEMENT | View image in PDF format |
| 02/10/2017 -- ANNUAL REPORT | View image in PDF format |
| 10/27/2016 -- REINSTATEMENT | View image in PDF format |
| 10/29/2015 -- REINSTATEMENT | View image in PDF format |
| 07/02/2014 -- Foreign Profit | View image in PDF format |