# AMERICAN UNIVERSITY OF ANTIGUA
## College of Medicine
University Park, Coolidge
P.O. Box W1451
St. John's, AG
(268) 484-8900
www.auamed.org

## Unofficial Transcript

**Student:** Emily          **ID:** 390284

| Course Code | Course Description | Credits Attempted | Grade | Quality Points |
|---|---|---|---|---|

### Basic Science Division

**Fall - 2016**

| 5112 | Human Structure and Function I | 7.00 | P | 14.00 |
| 5113 | Molecular Basis of Medicine I | 6.00 | HP | 18.00 |
| 5114 | Introduction to Clinical Medicine I | 4.00 | P | 8.00 |
| 5115 | Mind Brain Behavior I | 4.00 | P | 8.00 |
| | | 21.00 | | 48.00 |

Term GPA: 2.29    Cum GPA: 2.29

**Spring - 2017**

| 5211 | Human Structure and Function II | 8.00 | HP | 24.00 |
| 5212 | Molecular Basis of Medicine II | 5.00 | P | 10.00 |
| 5213 | Introduction to Clinical Medicine II | 4.00 | P | 8.00 |
| 5215 | Mind Brain Behavior II | 4.00 | P | 8.00 |
| | | 21.00 | | 50.00 |

Term GPA: 2.38    Cum GPA: 2.33

**Fall - 2017**

| 6321 | Disease, Immunity Therapeutics I | 12.00 | HP | 36.00 |
| 6324 | Introduction to Clinical Medicine III | 4.00 | HP | 12.00 |
| 6325 | Mind Brain Behavior III | 4.00 | HP | 12.00 |
| | | 20.00 | | 60.00 |

Term GPA: 3.00    Cum GPA: 2.55

**Spring - 2018**

| 6425 | Mind Brain Behavior IV | 4.00 | H | 16.00 |
| 6427 | Disease, Immunity Therapeutics II | 11.00 | P | 22.00 |
| 6428 | Introduction to Clinical Medicine IV | 4.00 | HP | 12.00 |
| | | 19.00 | | 50.00 |

Term GPA: 2.63    Cum GPA: 2.57

**Fall - 2018**

| 6855 | Basic Science Integration Course | 10.00 | HP | 30.00 |
| | | 10.00 | | 30.00 |

Term GPA: 3.00    Cum GPA: 2.62

### Clinical Science Division

| 7015 | Family Medicine I/Internal Medicine I | 6.00 | H | 24.00 |
| | Richmond University Medical Center  3/18/2019 to 4/26/2019 | | | |
| 7136 | Psychiatry (6w core) | 6.00 | H | 24.00 |
| | Interfaith Medical Center  4/29/2019 to 6/7/2019 | | | |
| 7116 | Pediatrics (6w Core) | 6.00 | HP | 18.00 |
| | Wyckoff Heights Medical Center  6/10/2019 to 7/19/2019 | | | |
| 7150 | Internal Medicine (12w Core) | 12.00 | HP | 36.00 |
| | DeKalb Medical Center  7/22/2019 to 10/11/2019 | | | |
| 7147 | Family Medicine (6w Core) | 6.00 | H | 24.00 |
| | DeKalb Medical Center  10/14/2019 to 11/22/2019 | | | |
| 7126 | Obstetrics and Gynecology (6w Core) | 6.00 | H | 24.00 |
| | DeKalb Medical Center  11/25/2019 to 1/3/2020 | | | |
| 7168 | Surgery (8w Core) | 8.00 | H | 32.00 |
| | O'Connor Hospital  1/13/2020 to 3/6/2020 | | | |
| 7424 | IM/Gastroenterology (6w Elective) | 6.00 | H | 24.00 |
| | Interfaith Medical Center  5/4/2020 to 6/12/2020 | | | |
| 7469 | IM/Endocrinology (6w Elective) | 6.00 | H | 24.00 |
| | Interfaith Medical Center  6/15/2020 to 7/24/2020 | | | |
| 7287 | IM/Internal Medicine (4w Elective) | 4.00 | HP | 12.00 |
| | Grand Strand Regional Medical Center  8/3/2020 to 8/28/2020 | | | |
| 7201 | Anesthesiology (4w Elective) | 4.00 | HP | 12.00 |
| | Grand Strand Regional Medical Center  8/31/2020 to 9/25/2020 | | | |
| 7653 | Diagnostic Radiology (4w Elective) | 4.00 | H | 16.00 |
| | Rochester General Hospital  10/5/2020 to 10/30/2020 | | | |
| 7217 | Radiology (4w Elective) | 4.00 | H | 16.00 |
| | FIU-HWCOM  11/23/2020 to 12/18/2020 | | | |
| | | 78.00 | | 286.00 |

Term GPA: 3.67    Cum GPA: 3.10

Attempted Credits: 169.00    GPA Credits: 169.00
GPA QPTs:    524.00    GPA:    3.10

*** End of Transcript ***



EXHIBIT A