https://www.carolinapanorama.com/hbcus/voorhees-college-partners-with-american-university-of-antigua-college-of-medicine/article_bf67f6f6-14b2-11eb-8c8e-8729365adf0c.html

# Voorhees College partners with American University of Antigua College of Medicine

Oct 22, 2020

Voorhees College recently signed a Memorandum of Understanding with American University of Antigua (AUA) College of Medicine to provide an opportunity to enter and diversify the physician workforce.

Both Voorhees and AUA share the common goal to provide students a learner-centric education, granting opportunities to undergraduate minorities and fostering a diverse academic community and physician workforce.

Dr. Zhabiz Golkar, chairperson of the Department of Science, Technology, Health and Human Services, said AUA's College of Medicine is one of the Caribbean's top medical schools. "AUA College of Medicine boasts a U.S.-modeled curriculum, cutting-edge facilities, and an expansive network of clinical affiliates."

She added AUA is 1 of 3 Caribbean medical schools to be approved by the New York and Florida State Education Departments, recognized by the Medical Boards of California and India, and accredited by Caribbean Accreditation Authority for Education in Medicine and other Health Professions.

"This allows clinical students to obtain clerkships and graduates to earn licensure throughout the United States, Canada and India. AUA is also one of the few Caribbean medical schools that offer U.S. Federal Direct Loan Programs as well as Canadian federal and provincial loans," Golkar said.

Dr. Ronnie Hopkins, provost and vice president for academic affairs, said this is a remarkable collaboration. "This unique partnership ensures Voorhees students and graduates are guaranteed admission into AUA's Doctor of Medicine (M.D.) educational program with full access to scholarship opportunities."

Dr. W. Franklin Evans, Voorhees College ninth president, and CEO said the institution continues to develop partnerships that enhance students' marketability and employability in high-demand careers, particularly in underserved disciplines. "As such, Voorhees is delighted to partner with the American University of Antigua College of Medicine. We look forward to a long, productive relationship as our graduates can receive excellent training."

EXHIBIT B