



# Robert Mallin 3rd

University Provost at American University of Antigua

Antigua and Barbuda  430 connections  Contact info

American University
of Antigua



University of South
Carolina School of...

## Activity
428 followers



EXHIBIT

C

Posts Robert created, shared, or commented on in the last 90 days are displayed here.

See all activity

# Experience

American University of Antigua
6 yrs 4 mos

University Provost
Mar 2018 – Present
3 yrs 1 mo

Executive Dean, Vice President for Academic Affairs
Dec 2014 – Mar 2018
3 yrs 4 mos

### Dean, of Medical Education

American University of Antigua College of Medicine
an 2014 – Dec 2014
12 mos
Antigua and Barbuda

### Associate chair for education

Medical University of South Carolina
ul 2012 – Jan 2014
1 yr 7 mos
Charleston

### Residency Program Director

Trident/MUSC Family Medicine Residency
Jul 2012 – Jan 2014
1 yr 7 mos
Charleston, South Carolina Area

### Professor

MUSC

Sep 1998 – Jan 2014
15 yrs 5 mos

Show 1 more experience

# Education



## University of South Carolina School of Medicine

M.D.Medicine
1978 – 1981

Activities and Societies:  AOA

# Skills & endorsements

## Medical Education 47



Endorsed by Alexander Chessman and 3 others who are highly skilled at this

Endorsed by 2 of Robert's colleagues at American University of Antigua

## Medicine 26

Endorsed by Terry Steyer and 1 other who is highly skilled at this

Endorsed by 2 of Robert's colleagues at American University of Antigua

## Healthcare 22