2/25/2021                                                    Medical Board

Print this page            **Board: Medical Board**

## South Carolina Board of Medical Examiners
## Website Verification

American University of Antigua
ONE BATTERY PARK PLAZA
1 BATTERY PARK PLAZA 33 RD FLOR
NEW YORK, NY 10004

**Name:** Robert Mallin  **Profession:** MD        **Office Phone:** (212) 661-8899

**Basis:**                 **School:** USC            **Graduation:** 05/16/1981

**License No:** 10972      **Date Issued:** 07/01/1996  **Expiration:** 06/30/2021

**Specialty:** FP* ADM*

              **Rx#:**                    **Rx Issue Date:**

              **Primary Source Verification of Graduation Certified**

**Hospital Affiliation (s):** None

**Credential Status:** Active

**Board Action:** PRIOR TERMS COMPLETE-IN GOOD STANDING

**Board Public Action History:**

View Orders    View Other License for this Person

No Orders Found

**License History:**
Temporary License Number: LL1747
Temporary License Issue Date: 07/01/1995
Limited License Number: 010972
Limited License Issue Date: 07/01/1994


EXHIBIT
D
tabbies

2/25/2021                                                                   Medical Board

Verification disclaimer

File a Complaint against this licensee