# PIN: 5321500071

This data is as-of 01-28-2021

 The information on this page is for Tax Year 2020 and reflects the status of the property for that tax year. This includes building information, values and information on exemptions, discounts and special assessments. Any changes for Tax Year 2021 will not be displayed until later in 2021.

## Value Info

| Legal Residence | LR Pct | AgUse | ATI 25Pct Exemption | Assessed Value |
|---|---|---|---|---|
| Y | 100 | N | N | $20,710 |

|  | Land | Improvement | Total |
|---|---|---|---|
| Market Value | $150,300 | $450,900 | $601,200 |
| Capped Value * | $129,375 | $388,125 | $517,500 |
| Taxable/Use Value ** | $129,375 | $388,125 | $517,500 |

## Value History

|  | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|
| Market Value | $450,000 | $450,000 | $450,000 | $450,000 |
| Capped Value * | $450,000 | $450,000 | $450,000 | $450,000 |
| Taxable/Use Value ** | $450,000 | $450,000 | $450,000 | $450,000 |
| Assessed Value | $18,000 | $18,000 | $18,000 | $18,000 |

* **Capped Value:** At County-wide reassessments the increase in the value of a property for tax purposes is limited (capped) at no more than 15%.

** **Taxable/Use Value:** The Capped Value and Taxable/Use Value are usually the same. If the property has been approved for Agricultural Use the values will be different.

## Dwelling Info

| Extension | House Type | Year Built | Total Finished Living Area | Bedroom Count | Full Bath Count | Half Bath Count | Total Stories |
|---|---|---|---|---|---|---|---|
| R01 | 48 Mid Rise | 1987 | 2318 | 3 | 3 | 0 | 2 |

## Additional Improvements

No data available

## Sketches



EXHIBIT E

No sketches available

## Municipalities

City of Charleston
City of Folly Beach
City of North Charleston
City of Isle of Palms
Town of Awendaw
Town of Hollywood
Town of James Island
Town of Kiawah Island
Town of McClellanville
Town of Meggett
Town of Mount Pleasant
Town of Ravenel
Town of Rockville
Town of Seabrook Island
Town of Sullivan's Island

## Additional Resources

Arts & Entertainment
CARTA Transit System
County Library
County Parks
Transportation Sales Tax
School District
Charleston Community Guide
Sex Offenders Search
Identity Theft Info
Traffic Cam
Make-A-Wish Car Donation
United Way 24hr hotline
Visitor Information

## Social Media



## Site Translation

Select Language

Powered by Google Translate

E-mail your comments or questions about this site to publicinfo@charlestoncounty.org
Report technical problems with this site to webmaster@charlestoncounty.org

This is the official web site for Charleston County Government.
Copyright © 2000-2021, Charleston County, South Carolina. All rights reserved.
Legal Disclaimer | Refund Disclaimer | Privacy Policy