Faculty - American University of Antigua



## Kimberly Mallin, MD

Dr. Kimberly Mallin, M.D., Diplomate of ABFM, is a Board-Certified Family Physician who has been in practice for over 20 years. She graduated from East Carolina University Brody School of Medicine and completed a Family Medicine residency at Medical University of South Carolina/Trident Hospital Systems. In addition to working in her private Family Medicine Practice, Dr. Mallin was on faculty at the College of Medicine at the Medical University of South Carolina for many years, where she was involved in training Family Medicine Residents. In 2014, she moved to Antigua where she developed the on-campus University Park Health Center which provides health care for the over 1000 students, faculty and staff of AUA COM. She was responsible for beginning the Wellness Initiative, which has provided multiple wellness opportunities to campus, including yoga, fun runs, on-campus gardening, Zumba and Brazilian jiu jitsu classes. Dr. Mallin has served as faculty advisor for the Family Medicine Interest Group, co-advisor of the Emergency Response Team, chairman of the Wellness Committee and the Community Emergency Relief Committee. In 2018, she left Antigua to assist with the opening on a new rehabilitation center in NYC. She was Medical Director of Urban Recovery until her return Antigua in 2020. In her new position as Associate Dean for Wellness and Inclusion, she will be overseeing campus-wide initiatives supporting AUA's ongoing diversity and inclusion efforts to ensure an inclusive and welcoming community.

https://www.auamed.org/academics/faculty/

EXHIBIT F