2/25/2021          Medical Board

[Print this page]

## Board: Medical Board

**South Carolina Board of Medical Examiners**
**Website Verification**

Urban Recovery
411 VAN BRUNT ST
BROOKLYN, NY 10038

**Name:** KIMBERLY NORMAN MALLIN    **Profession:** MD    **Office Phone:** (843) 276-0217

**Basis:**    **School:** EC    **Graduation:** 05/07/1988

**License No:** 21724    **Date Issued:** 07/07/2000    **Expiration:** 06/30/2021

**Specialty:** FP*

**Rx#:**    **Rx Issue Date:**

**Primary Source Verification of Graduation Certified**

**Hospital Affiliation (s):** None

**Credential Status:** Active
No disciplinary action taken by the Board. This certifies that the above licensee is in good standing.

**Board Public Action History:**
[View Orders]  [View Other License for this Person]
No Orders Found

**License History:**
Temporary License Number: 0T5976
Temporary License Issue Date: 05/25/2000
Limited License Number: LL3571
Limited License Issue Date: 07/01/1999


EXHIBIT G

Verification disclaimer

File a Complaint against this licensee