3/4/2021                                                                                      Medical Board

[Print this page]             **Board: Medical Board**

## South Carolina Board of Medical Examiners
## Website Verification

**Grand Strand Medical Center**
**809 82ND PARKWAY**
**MYRTLE BEACH, SC 29572**

| | | |
|---|---|---|
| **Name:** ▓▓▓▓▓▓ | **Profession:** MD | **Office Phone:** |
| **Basis:** | **School:** AUA | **Graduation:** 09/30/2019 |
| **License No:** LL84261 | **Date Issued:** 07/01/2020 | **Expiration:** 06/30/2021 |
| **Specialty:** *INTERN | | |
| | **Rx#:** | **Rx Issue Date:** |

**Primary Source Verification of Graduation Certified**

**Hospital Affiliation (s):** None

**Credential Status:** Active
No disciplinary action taken by the Board. This certifies that the above licensee is in good standing.

**Board Public Action History:**
[View Orders]   [View Other License for this Person]
No Orders Found


EXHIBIT I

https://verify.llronline.com/LicLookup/Med/Med2.aspx?LicNum=84261&cdi=355&bk=8563d769-bcb6-40f2-8bc6-8014e1b630fc-73215                                     1/2

**License History:**

No other licenses on record.

[Verification disclaimer](#)

[File a Complaint against this licensee](#)