**Interests:** Women's health, ambulatory medicine

**About Me:** Nichole Birdsong Ford was raised in Tyler Texas. She studied Cell and Molecular Biology at Texas Tech University. Prior to medical school she work as an Administrative Assistant for a Neurosurgery practice for a year. She completed her Medical school at Texas Tech University Health Sciences Center, in Lubbock Texas; during this time she also obtained her Masters in Business Administration with emphasis on healthcare administration. Her professional interests include women's health, ambulatory medicine, and a holistic approach to primary care. In her spare time she enjoys cooking, golfing, reading, and enjoying the beach life with her husband, Stephen.

# M███ K█████, MD


**Hometown:** Beltsville, MD

**Undergraduate Education:** University of Maryland Eastern Shore

**Medical School:** American University of Antigua College of Medicine

**Interests:** I'm a better dancer in my head than I am in real life, I love playing soccer and watching football (Roll Tide!!!), I enjoy pencil drawing, and I love cooking... and eating.

**About Me:** Made in Cameroon, but I've had the pleasure to call the Washington, DC area "home" for over 21 years prior to moving to Myrtle Beach. I chose Grand Strand Medical Center because of its people and the wide array of pathologies I anticipated seeing; so far, I have not been disappointed. Living in the marvelous Grand Strand region with access to its beautiful beaches has just been an added bonus. 😊

My medical philosophy has always been to establish a patient-centered approach in the care of my patients. My passion is to make healthcare more accessible to medically underserved populations in the U.S. and abroad.

I'm a better dancer in my head than I am in real life, I love playing soccer and watching football (Roll Tide!!!), I enjoy pencil drawing, and I love cooking... and eating.

Menu
# Christine Krajewski, MD

Grand Strand Health
*Live your healthy*

🔍

**Hometown:** Westbury, NY

**Undergraduate Education:** Hofstra University

**Medical School:** Ross University School of Medicine

COVID-1



EXHIBIT J