3/4/2021

Current Fellows | College of Medicine | MUSC



**Jordan Foutch, M.D.**
Undergraduate: University of Tennessee
Medical School: University of Tennessee
Residency: University of Tennessee



**K▇▇▇ J▇▇▇, M.D.**
Undergraduate: University of Toledo
Medical School: ==American University of Antigua==
Residency: ECU Brody School of Medicine



EXHIBIT K