3/4/2021                                                                 Medical Board

[Print this page]                **Board: Medical Board**

## South Carolina Board of Medical Examiners
## Website Verification

TIDELANDS HEALTH MUSC FAMILY MEDICINE RESIDENCY PR
4070 HIGHWAY 17 BYPASS SOUTH
MURRELLS INLET, SC 29576-5033

**Name:** B████ V████  **Profession:** MD    **Office Phone:** 8436521000
**Basis:** 2014                **School:** AUA      **Graduation:** 01/27/2012
**License No:** 35633    **Date Issued:** 07/06/2016  **Expiration:** 06/30/2019
**Specialty:** FP*

**Rx#:**                          **Rx Issue Date:**

**Primary Source Verification of Graduation Certified**

**Hospital Affiliation (s):**
WACCAMAW COMMUNITY HOSP

**Credential Status:** Lapsed
No disciplinary action taken by the Board. This certifies that the above licensee was in good standing at the time of expiration of the license.

**Board Public Action History:**
[View Orders]  [View Other License for this Person]
No Orders Found


EXHIBIT L

**License History:**
Temporary License Number: 35633
Temporary License Issue Date: 04/08/2016
Limited License Number: 35633
Limited License Issue Date: 07/01/2013

Verification disclaimer

File a Complaint against this licensee