Request Info          Events          Contact          Blog & News          APPLY NOW



# Residency Placements

Home    >    Graduate Success    >    Residency Placements

American University of Antigua (AUA) College of Medicine graduates have obtained residencies at prestigious teaching hospitals throughout the U.S. and Canada. Our alumni have distinguished themselves by becoming chief residents, ... significant awards, and obtaining competitive fellowships. Find out more ... ur residency placements.

Current-year residency lists will be updated periodically as more graduates report placements.

## Residency Placement 2021

| Hospital | State | Specialty | Number of ... dents |
|----------|-------|-----------|---------------------|
| | | | |

| Hospital | State | Specialty | Number of Residents |
|---|---|---|---|
| University of Alabama-Tuscaloosa | AL | Family Medicine | 2 |
| St. Bernards Medical Center | AR | Internal Medicine | 1 |
| University of Arkansas for Medical Sciences (UAMS) College of Medicine | AR | Family Medicine | 1 |
| Abrazo Health Network | AZ | Internal Medicine | 2 |
| University of Arizona College of Medicine (Tucson) | AZ | Surgery-Preliminary | 1 |
| rowhead Regional Medical enter | CA | Family Medicine | 1 |
| Arrowhead Regional Medical Center | CA | Psychiatry | 1 |
| Arrowhead Regional Medical Center | CA | Surgery-Preliminary | 1 |
| Kaweah Delta Health Care District (KDHCD) | CA | Psychiatry | 1 |

| Hospital | State | Specialty | Number of Residents |
|---|---|---|---|
| Kern Medical Center | CA | Internal Medicine | 1 |
| Loma Linda University Medical Center – Murrieta | CA | Family Medicine | 3 |
| OPTI West/College Medical Center Long Beach | CA | Internal Medicine | 1 |
| Prime West Consortium/Chino Valley Medical Center | CA | Family Medicine | 1 |
| Sierra View Medical Center | CA | Internal Medicine | 2 |
| St Joseph's Medical Center | CA | Emergency Medicine | 1 |
| St Joseph's Medical Center | CA | Family Medicine | 2 |
| St Joseph's Medical Center | CA | Internal Medicine | 1 |
| St. Joseph's Medical Center | CA | Internal Medicine | 1 |

6/23/2021

Residency Placements - American University of Antigua

| Hospital | State | Specialty | Number of Residents |
|----------|-------|-----------|---------------------|
| University of California San Francisco (Fresno) | CA | Pediatrics | 1 |
| University of California San Francisco (Fresno) | CA | Family Medicine | 1 |
| Parkview Medical Center | CO | Internal Medicine | 1 |
| Quinnipiac University Frank H. Netter MD School of Medicine/St VIncent's Medical Center | CT | Radiology-Diagnostic | 1 |
| University of Connecticut | CT | Surgery-Preliminary | 1 |
| ward University | DC | Family Medicine | 1 |
| Howard University | DC | Psychiatry | 1 |
| MedStar Health/Georgetown-Washington Hospital Center | DC | Internal Medicine | 1 |
| St Francis Hospital | DE | Family Medicine | 1 |

| Hospital | State | Specialty | Number of Residents |
|---|---|---|---|
| AdventHealth Florida | FL | Family Medicine | 3 |
| Broward Health | FL | Emergency Medicine | 3 |
| Broward Health | FL | Pediatrics | 1 |
| Florida Atlantic University Charles E. Schmidt College of Medicine | FL | Internal Medicine | 4 |
| HCA Healthcare/USF Morsani College of Medicine GME Programs | FL | Radiology-Diagnostic | 1 |
| `A Healthcare: East Florida ﹍vision GME | FL | Anesthesiology | 1 |
| HCA Healthcare: East Florida Division GME: Kendall Regional Medical Center | FL | Internal Medicine | 1 |
| HCA Healthcare: East Florida Division GME: Kendall Regional Medical Center | FL | Transitional | 1 |

| Hospital | State | Specialty | Number of Residents |
|---|---|---|---|
| Lakeside Medical Center | FL | Family Medicine | 1 |
| Larkin Community Hospital | FL | Neurology | 1 |
| Larkin Community Hospital | FL | Physical Medicine and Rehabilitation | 1 |
| Larkin Community Hospital | FL | Psychiatry | 1 |
| Memorial Healthcare System | FL | Neurology | 3 |
| Memorial Healthcare System | FL | Obstetrics-Gynecology | 1 |
| CF/HCA Healthcare GME (cala) | FL | Internal Medicine | 1 |
| University of Central Florida/HCA Healthcare GME (Gainesville) | FL | Family Medicine | 1 |
| University of Central Florida/HCA Healthcare GME (Gainesville) | FL | Internal Medicine | 3 |
| University of Florida College of Medicine Jacksonville | FL | Internal Medicine-Preliminary | 1 |

6/23/2021

Residency Placements - American University of Antigua

| Hospital | State | Specialty | Number of Residents |
| --- | --- | --- | --- |
| University of Florida College of Medicine Jacksonville | FL | Pediatrics | 1 |
| Augusta University/University of Georgia Medical Partnership | GA | Internal Medicine | 1 |
| Northeast Georgia Medical Center | GA | Family Medicine | 2 |
| The Medical Center (Columbus)/Piedmont Columbus Regional Midtown | GA | Family Medicine | 2 |
| The Medical Center Navicent Health/Mercer University School of Medicine | GA | Pediatrics | 1 |
| The Medical Center Navicent Health/Mercer University School of Medicine | GA | Family Medicine | 1 |
| Hawaii Health Systems Corporation – Hilo Medical Center | HI | Family Medicine | 1 |
| University of Iowa Hospitals and Clinics | IA | Family Medicine | 1 |

| Hospital | State | Specialty | Number of Residents |
|---|---|---|---|
| Advocate Health Care (Advocate Christ Medical Center) | IL | Family Medicine | 1 |
| Advocate Health Care (Advocate Illinois Masonic Medical Center) | IL | Anesthesiology | 2 |
| Cook County Health and Hospitals | IL | Anesthesiology | 1 |
| Southern Illinois University | IL | Internal Medicine | 1 |
| Southern Illinois University | IL | Pediatrics | 1 |
| University of Illinois College of Medicine at Chicago | IL | Internal Medicine | 1 |
| iversity of Illinois College of Medicine at Rockford | IL | Family Medicine | 2 |
| Indiana University School of Medicine (Jasper) | IN | Family Medicine | 1 |
| St. Vincent Hospital and Health Center | IN | Pediatrics | 1 |
| Union Hospital | IN | Family Medicine | 2 |

| Hospital | State | Specialty | Number of Residents |
|---|---|---|---|
| University of Kentucky College of Medicine | KY | Pediatrics | 1 |
| Baton Rouge General Medical Center | LA | Family Medicine | 2 |
| Louisiana State University (Bogalusa) | LA | Family Medicine | 1 |
| Louisiana State University (Lake Charles) | LA | Family Medicine | 1 |
| Louisiana State University (Shreveport) | LA | Pediatrics | 2 |
| LSU Health Sciences Center/University Hospital and Clinics (Lafayette) | LA | Family Medicine | 1 |
| Tulane University | LA | Psychiatry | 1 |
| Anne Arundel Medical Center | MD | Internal Medicine | 2 |
| Sinai Hospital of Baltimore | MD | Internal Medicine | 1 |
| Sinai Hospital of Baltimore | MD | Pediatrics | 1 |

Residency Placements - American University of Antigua

| Hospital | State | Specialty | Number of Residents |
|----------|-------|-----------|---------------------|
| University of Maryland Medical Center Midtown Campus | MD | Internal Medicine | 1 |
| Beaumont Health (Taylor) | MI | Physical Medicine and Rehabilitation | 1 |
| Central Michigan University College of Medicine | MI | Family Medicine | 1 |
| Detroit Medical Center/Wayne State University | MI | Internal Medicine | 1 |
| Detroit Medical Center/Wayne State University | MI | Psychiatry | 1 |
| troit Medical Center/Wayne ate University | MI | Anesthesiology | 1 |
| Sparrow Hospital/Michigan State University | MI | Family Medicine | 1 |
| Spectrum Health/Michigan State University | MI | Family Medicine | 1 |
| St. Joseph Mercy Oakland | MI | Internal Medicine | 1 |

| Hospital | State | Specialty | Number of Residents |
|----------|-------|-----------|---------------------|
| Western Michigan University Homer Stryker MD School of Medicine (Kalamazoo) | MI | Family Medicine | 2 |
| Hennepin Healthcare/Regions Hospital | MN | Psychiatry | 1 |
| St. Louis University | MO | Family Medicine | 1 |
| Merit Health Wesley | MS | Transitional | 1 |
| Mississippi Medical Education and Research Consortium | MS | Family Medicine | 1 |
| Atrium Health Cabarrus | NC | Family Medicine | 1 |
| Vidant Medical Center/East Carolina University | NC | Family Medicine | 1 |
| Vidant Medical Center/East Carolina University | NC | Internal Medicine | 1 |
| Vidant Medical Center/East Carolina University | NC | Pediatrics | 1 |

Residency Placements - American University of Antigua

| Hospital | State | Specialty | Number of Residents |
| --- | --- | --- | --- |
| Vidant Medical Center/East Carolina University | NC | Psychiatry | 1 |
| University of North Dakota (Bismarck) | ND | Family Medicine | 1 |
| University of North Dakota School of Medicine and Health Sciences | ND | Neurology | 1 |
| Hackensack University Medical Center (Palisades) | NJ | Internal Medicine | 1 |
| Hackensack University Medical Center (Palisades) | NJ | Transitional | 1 |
| boken University Medical .nter | NJ | Internal Medicine | 1 |
| Hoboken University Medical Center/New York Medical College | NJ | Family Medicine | 1 |
| Inspira Health Network/Inspira Medical Center – Mullica Hill | NJ | Internal Medicine | 1 |
| Jersey Shore University Medical Center | NJ | Internal Medicine-Preliminary | 1 |

6/23/2021

Residency Placements - American University of Antigua

| Hospital | State | Specialty | Number of Residents |
|----------|-------|-----------|---------------------|
| Jersey Shore University Medical Center/St. Francis Medical Center | NJ | Internal Medicine | 1 |
| Ocean Medical Center | NJ | Family Medicine | 1 |
| Rutgers Health/Community Medical Center | NJ | Emergency Medicine | 1 |
| Rutgers Health/Jersey City Medical Center | NJ | Internal Medicine | 1 |
| Rutgers Health/New Jersey Medical School | NJ | Pathology | 1 |
| Rutgers Health/Newark Beth Israel Medical Center | NJ | Internal Medicine | 2 |
| St Luke's University Hospital/Warren Hospital | NJ | Family Medicine | 1 |
| St. Joseph's University Medical Center | NJ | Internal Medicine | 1 |
| St. Joseph's University Medical Center | NJ | Pediatrics | 1 |
| Albany Medical Center | NY | Anesthesiology | 1 |

6/23/2021

Residency Placements - American University of Antigua

| Hospital | State | Specialty | Number of Residents |
|----------|-------|-----------|---------------------|
| Albany Medical Center | NY | Family Medicine | 1 |
| Albany Medical Center | NY | Surgery-Preliminary | 1 |
| Arnot Ogden Medical Center | NY | Family Medicine | 1 |
| Arnot Ogden Medical Center | NY | Internal Medicine | 1 |
| Brookdale Hospital Medical Center | NY | Surgery-Preliminary | 1 |
| Brooklyn Hospital Center | NY | General Surgery | 1 |
| Brooklyn Hospital Center | NY | Internal Medicine | 1 |
| Ellis Hospital of Schenectady | NY | Family Medicine | 1 |
| Ellis Hospital of Schenectady | NY | Family Medicine | 1 |

| Hospital | State | Specialty | Number of Residents |
|---|---|---|---|
| Garnet Health Medical Center | NY | Internal Medicine | 1 |
| Icahn School Of Medicine at Mount Sinai (NYC Health and Hospitals: Elmhurst) | NY | Internal Medicine | 1 |
| Icahn School of Medicine at Mount Sinai (NYC Health and Hospitals: Queens) | NY | Internal Medicine | 2 |
| Institute for Family Health (Mid-Hudson) | NY | Family Medicine | 1 |
| Jamaica Hospital Medical Center/Albert Einstein College of Medicine | NY | Family Medicine | 1 |
| Maimonides Medical Center | NY | Internal Medicine | 1 |
| Nassau University Medical Center | NY | Pediatrics | 2 |
| Nassau University Medical Center | NY | Internal Medicine | 1 |

| Hospital | State | Specialty | Number of Residents |
|---|---|---|---|
| Nassau University Medical Center | NY | Obstetrics-Gynecology | 2 |
| New York Medical College (Metropolitan/Harlem) | NY | Emergency Medicine | 1 |
| New York Medical College at St Joseph's Medical Center | NY | Family Medicine | 1 |
| New York Presbyterian Hospital (Cornell Campus) | NY | Pathology | 1 |
| Nuvance Health | NY | Family Medicine | 1 |
| Nuvance Health | NY | Internal Medicine | 2 |
| NYCOMEC/Nassau University | NY | Family Medicine | 2 |
| One Brooklyn Health System/Brookdale University Hospital and Medical Center | NY | Psychiatry | 1 |
| One Brooklyn Health System/Interfaith Medical Center | NY | Psychiatry | 1 |

6/23/2021

Residency Placements - American University of Antigua

| Hospital | State | Specialty | Number of Residents |
|----------|-------|-----------|---------------------|
| Our Lady Of Lourdes Memorial Hospital Inc. | NY | Family Medicine | 1 |
| Richmond University Medical Center | NY | Pediatrics | 2 |
| Richmond University Medical Center | NY | Psychiatry | 2 |
| Rochester General Hospital | NY | Radiology-Diagnostic | 1 |
| St Elizabeth Medical Center | NY | Family Medicine | 1 |
| Stony Brook Medicine/University Hospital | NY | Neurology | 1 |
| SUNY Downstate Health Sciences University | NY | Radiology-Diagnostic | 1 |
| SUNY Downstate Health Sciences University | NY | Pathology | 1 |
| SUNY Downstate Health Sciences University | NY | Surgery-Preliminary | 1 |

| Hospital | State | Specialty | Number of Residents |
| --- | --- | --- | --- |
| SUNY Upstate Medical University | NY | Emergency Medicine | 1 |
| SUNY Upstate Medical University | NY | Radiology-Diagnostic | 1 |
| SUNY Upstate Medical University | NY | Internal Medicine-Preliminary | 1 |
| University at Buffalo | NY | Anesthesiology | 1 |
| University at Buffalo | NY | Pediatrics | 1 |
| University at Buffalo (Catholic Health System–Sisters of Charity) | NY | Internal Medicine | 1 |
| Wyckoff Heights Medical Center | NY | General Surgery | 1 |
| Wyckoff Heights Medical Center | NY | Internal Medicine | 2 |
| Wyckoff Heights Medical Center | NY | Obstetrics-Gynecology | 1 |
| Zucker School of Medicine at Hofstra/Northwell | NY | Neurology | 1 |

6/23/2021

Residency Placements - American University of Antigua

| Hospital | State | Specialty | Number of Residents |
|----------|-------|-----------|---------------------|
| Zucker School of Medicine at Hofstra/Northwell at Mather Hospital | NY | Internal Medicine | 3 |
| Zucker School of Medicine at Hofstra/Northwell at Plainview Hospital | NY | Family Medicine | 1 |
| Zucker School of Medicine at Hofstra/Northwell at Staten Island University Hospital | NY | Pediatrics | 1 |
| Zucker School of Medicine at Hofstra/Northwell at Staten Island University Hospital | NY | Neurology | 1 |
| Case Western Reserve University/University Hospitals Cleveland Medical Center | OH | Psychiatry | 1 |
| Case Western Reserve University/University Hospitals Cleveland Medical Center | OH | Anesthesiology | 1 |
| Christ Hospital | OH | Internal Medicine | 1 |

| Hospital | State | Specialty | Number of Residents |
|---|---|---|---|
| East Liverpool City Hospital | OH | Family Medicine | 1 |
| Mercy Health-St Rita's Medical Center | OH | Emergency Medicine | 1 |
| Mercy St Vincent Medical Center | OH | Neurology | 1 |
| Mercy St. Vincent Medical Center | OH | Pediatrics | 1 |
| Summa Health System/Barberton Campus | OH | Family Medicine | 2 |
| University Hospitals Osteopathic Consortium (UHOC) | OH | Internal Medicine | 1 |
| University of Cincinnati Medical Center/College of Medicine | OH | Internal Medicine | 1 |
| Western Reserve Health Education/NEOMED | OH | Family Medicine | 3 |
| Western Reserve Health Education/NEOMED | OH | General Surgery | 1 |
| Western Reserve Health Education/NEOMED | OH | Internal Medicine | 1 |

Residency Placements - American University of Antigua

| Hospital | State | Specialty | Number of Residents |
|---|---|---|---|
| Western Reserve Health Education/NEOMED | OH | Surgery-Preliminary | 1 |
| OPTI West (Roseburg) | OR | Family Medicine | 1 |
| Geisinger Health System (Danville) | PA | Internal Medicine | 1 |
| Geisinger Health System (Lewistown) | PA | Family Medicine | 1 |
| Jefferson Health Northeast | PA | Internal Medicine | 1 |
| Mercy Catholic Medical Center | PA | Internal Medicine | 2 |
| St Luke's Hospital – Anderson Campus | PA | Emergency Medicine | 1 |
| Suburban Community Hospital | PA | Family Medicine | 1 |
| Suburban Community Hospital (Lower Bucks Hospital) | PA | Family Medicine | 1 |

6/23/2021

| Hospital | State | Specialty | Number of Residents |
|---|---|---|---|
| UPMC Medical Education (Mercy) | PA | Internal Medicine | 1 |
| Wellspan Health/York Hospital | PA | Internal Medicine | 2 |
| Wright Center for Graduate Medical Education (Scranton) | PA | Family Medicine | 1 |
| Wright Center for Graduate Medical Education Program A | PA | Internal Medicine | 1 |
| Universidad Central del Caribe | PR | Internal Medicine-Preliminary | 1 |
| Roger Williams Medical Center | RI | Internal Medicine | 1 |
| Campbell University (Conway) | SC | Family Medicine | 1 |
| Prisma Health/University of South Carolina SOM Greenville (Greer) | SC | Psychiatry | 1 |

| Hospital | State | Specialty | Number of Residents |
| --- | --- | --- | --- |
| East Tennessee State University/Quillen College Of Medicine | TN | Psychiatry | 1 |
| HCA Medical City Healthcare | TX | Internal Medicine | 1 |
| Sam Houston State University College of Osteopathic Medicine/Baptist Hospitals of Southeast Texas | TX | Internal Medicine | 1 |
| University of Texas Health Science Center at Tyler | TX | Internal Medicine | 1 |
| Mercy Health System | WI | Family Medicine | 1 |

## Residency Placement 2020    ›

## Residency Placement 2019    ›

## Residency Placement 2018    ›

Residency Placements - American University of Antigua

## Residency Placement 2017 ⟩

## Residency Placement 2016 ⟩

## Residency Placement 2015 ⟩

## Residency Placement 2014 ⟩

## Residency Placement 2013 ⟩

## Residency Placement 2012 ⟩

# Take the next step

APPLY NOW

# Admissions webinar

⌃

REGISTER

    

## Explore

Campus Tour

Studying in Antigua

Housing

Events

News

## Learn

Request Info

Why AUA

Academics

Admissions

Career Success

### AUA College of Medicine

*University Park*

*Jabberwock Beach Road*

*PO Box W1451*

*Coolidge, Antigua*

### Manipal Education Americas, LLC

*40 Wall Street*

*10th Floor*

*New York, NY 10005*

Cookie Preferences