# EXHIBIT A

| | |
|---|---|
| **From:** | Beth Cogan |
| **To:** | Macaulay, Angus H.; Clark, Brittany N. |
| **Cc:** | Desa Ballard |
| **Subject:** | (Emily Doe v. American University of Antigua Inc. 4:20-cv-04445-SAL) Subpoenas |
| **Date:** | Monday, August 23, 2021 9:53:50 AM |
| **Attachments:** | 2021 08 20 Ltr to General Counsel MUSC encl MUSC Subpoena.pdf |
| | 2021 08 20 Ltr to Mixon encl MUSC Subpoena.pdf |
| | 2021 08 20 Ltr to Myers encl GSRMC Subpoena.pdf |
| | 2021 08 20 Ltr to Headquarters encl Voorshees College Subpoena.pdf |
| | 2021 08 20 Lt to Barr encl Campbell University Subpoena.pdf |
| | 2021 08 20 Ltr to Macaulay encl RFP and Amended Special ROGS.pdf |
| | 2021 08 20 Ltr to Dr. Ronnie Hopkins encl Vorhees College Subpoena.pdf |
| | 2021 08 20 Ltr to CT Corp. encl Prisma Health USC SOM upstate Subpoena.pdf |
| | 2021 08 20 Ltr to CT Corp encl GSRMC Subpoena.pdf |
| | 2021 08 20 Ltr to CT Corp encl GSRMC Family residency subpoena.pdf |
| | 2021 08 20 Ltr Perkins encl USC Midlands Subpoena.pdf |
| | 2021 08 20 Ltr Perkins encl USC Upstate Subpoena.pdf |

{EXTERNAL EMAIL}

Good morning,

Please see the attached subpoenas that were served on Friday afternoon.

Kindest Regards,
-Beth

Beth Cogan, Paralegal
Ballard & Watson, Attorneys at Law
226 State Street
West Columbia, South Carolina 29169
803.796.9299
803.796.1066 Facsimile
beth@desaballard.com
www.desaballard.com