**Exhibit A**

**From:** Macaulay, Angus H. <AMacaulay@nexsenpruet.com>
**Sent:** Thursday, September 9, 2021 4:25 PM
**To:** Desa Ballard <desab@desaballard.com>; Leonard "Len" Sclafani (lsclafani@AUAMED.ORG) <lsclafani@auamed.org>
**Cc:** Beth Cogan <Beth@desaballard.com>
**Subject:** RE: Doe v. AUA [IWOV-NPCOL1.FID2269110]

Yes

**Angus H. Macaulay**
Member
Nexsen Pruet, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
PO Drawer 2426 (29202)
T: 803.253.8279, F: 8037271465
AMacaulay@nexsenpruet.com
*www.nexsenpruet.com*

NEXSEN PRUET

NEXSEN PRUET

**From:** Desa Ballard <desab@desaballard.com>
**Sent:** Thursday, September 9, 2021 3:24 PM
**To:** Macaulay, Angus H. <AMacaulay@nexsenpruet.com>; Leonard "Len" Sclafani (lsclafani@AUAMED.ORG) <lsclafani@auamed.org>
**Cc:** Beth Cogan <Beth@desaballard.com>
**Subject:** Doe v. AUA

{EXTERNAL EMAIL}

The original text order (ECF 24) requires Plaintiff to submit a supplemental memorandum in support of the personal jurisdiction issues by September 15th.  Since you have not yet answered my discovery (responses due 9.20.2021), and your motion to quash my subpoenas is pending, will you consent to extend that deadline?

db

Desa Ballard
Ballard & Watson
226 State Street
West Columbia, SC 29169
Telephone 803.796.9299

Facsimile 803.796.1066
Email:  desab@desaballard.com
Web:  desaballard.com

*** FIRM CONFIDENTIAL COMMUNICATION *** This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Nexsen Pruet, LLC may collect personal information including your name, business name and other contact details, and IP address. If you have any questions, please contact Privacy@nexsenpruet.com.