Home  My Network  Exhibit G  Jobs

**GMAT Waivers Available -** Design more efficient product life cycles. Online



### Peter Bell · 3rd

VP GLOBAL MEDICAL EDUCATION & EXEC DEAN CLINICAL SCIENCES at Manipal Education Americas & American University of Antigua

- MANIPAL EDUCATION AMERICAS, LLC
- Johann Wolfgang Goethe University, Frankfurt, Germany

New York, New York, United States · Contact info

500+ connections

 Message      More

## About

A board-certified anesthesiologist, Dr. Bell received his M.D. degree and his doctorate from the J .W. Goethe University in Frankfurt, Germany. He spent nine years in the German navy as a medical officer; during that time he was trained as a naval flight surgeon at the U.S. Naval Aerospace Medical Institute in Pensacola, Florida.
Dr. Bell served as deputy medical director of the Department of Anesthesiology and Intensive Care Medicine at Ostseeklink Damp and completed numerous national and international rescue missions as emergency physician of the German Air Rescue.
Prior to his assignment at American University of Antigua (AUA) he chaired the Department of Anesthesiology and Intensive Care Medicine at Holberton Hospital, St. John's, Antigua. Dr. Bell served as Vice President for Academic Affairs and Executive Dean Antigua Campus for AUA from 2005 through 2009.
Dr. Bell's position as VP for Global Medical Education at Manipal Education Americas entails managing and directing at the highest executive level operations and activities relating to admissions, financial aid, accounting, information technology, purchasing,

 

Home    My Network    Jobs    6

at 30+ hospitals throughout the United States, Canada and India. Dr Bell established a formal affiliation between AUA and Florida International University (FIU) and recently a Global MD track for students interested in Global Health. He is a board member of the Advisory Board for the FIU Physician Assistant program and Vice President of the Caribbean Accrediting Authority for Medicine (CAAM-HP). In that function he participates in accreditation and evaluation of international medical schools in the Caribbean.

## Activity

602 followers

Posts Peter created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

**PROVOST American University of Antigua College of Medicine & VP GLOBAL MEDICAL EDUCATION MEA**
MANIPAL EDUCATION AMERICAS, LLC · Full-time
Aug 2021 – Present · 3 mos
New York City Metropolitan Area

**VP Global Medical Education & Executive Dean Clinical Sciences American U**
Manipal Education Americas & American University of Antigua
Jan 2011 – Aug 2021 · 10 yrs 8 mos

**American University of Antigua**
6 yrs 9 mos

**VP Academic Affairs & Executive Dean Basic Sceinces**
Apr 2006 – Dec 2010 · 4 yrs 9 mos

**Dean of Basic Sciences**
Apr 2004 – Mar 2006 · 2 yrs



| | | 6 | |
|---|---|---|---|
| | Home | My Network | Jobs |

Holberton Hospital, Antigua
Jan 2001 – Mar 2004 · 3 yrs 3 mos

### Deputy Director Department of Anesthesiology
Ostseeklinik Damp
1995 – 2001 · 6 yrs
Damp, Germany

Show 2 more experiences ⌄

## Education

### Johann Wolfgang Goethe University, Frankfurt, Germany
MD & Doctorate in Medicine, Medicine, Cum Laude
1978 – 1984

Doctorate in Medicine (cum laude) for "Study of intravenous Nitroglycerine in patients with acute myocardial infarction"

