

Home | My Network | Jobs
6

Exhibit H

**GMAT Waivers Available -** Design more efficient product life cycles. Online



# Gopal Devanahalli · 3rd

Chief Executive Officer at Manipal Education Americas

- Manipal Education Americas
- Indian Institute of Management, Calcutta

New York, New York, United States · **Contact info**

**500+** connections

🔒 Message    More

## Highlights

### Reach out to Gopal for...
Joining a nonprofit board.

Message

## About

Experienced CEO. Independent Board Member. Experience in Digital Transformation in Healthcare, Education. Worked extensively in technology industry ranging from Products to Global Sourcing. Experience in Client Management, Offshore  ... **see more**