Menu

**Exhibit 1**



# At HCA Healthcare, we are driven by a single mission: Above all else, we are committed to the care and improvement of human life.

HCA Healthcare is dedicated to giving people a healthier tomorrow. As one of the nation's leading providers of healthcare services, HCA Healthcare is comprised of 187 hospitals and 2,000+ sites of care in 20 states and the United Kingdom.*

In addition to hospitals, sites of care include surgery centers, freestanding ERs, urgent care centers, diagnostic and imaging centers, walk-in clinics and physician clinics.

Many things set HCA Healthcare apart from other healthcare organizations; however, at our core, our greatest strength is our people.

Every day, more than 275,000 colleagues** go to work with a collective focus: our patients. Our focus positively impacts the care experience at the bedside and beyond.

As a learning health system, HCA Healthcare analyzes data from more than 32 million patient encounters** each year. This data helps develop technologies and best practices that improve patient care. We also share our learnings with the larger healthcare community and government agencies to improve care everywhere.

We are proud of the impact we have in our communities through employment, investment and charitable giving.

In 2020, we spent $2.8 billion on capital investment in land, buildings and equipment. In addition, HCA Healthcare pays significant taxes that help revitalize communities.

We also provided charity care, uninsured discounts and other uncompensated care at an estimated cost of $3.4 billion in 2020.

At HCA Healthcare, we are excited about the future of medicine and we believe we are uniquely positioned to play a leading role in the transformation of care.

* as of **June 30, 2021** | ** as of **2020**

# Our collective impact



## 173K+
COVID-19
inpatients treated*



## 32M+
Patient encounters**



# Patient care

\* as of **June 30, 2021** | \*\* as of **2020**

## 1.23M+
Telehealth encounters\*\*



## 215K+
Babies delivered\*\*



## 7.4M
Emergency room visits\*\*



## 187
Hospitals\*



## 173
Urgent care clinics\*



**121**

Freestanding emergency rooms*



**1,400+**

Physician practices*



**268**

Telehealth sites*

## Sites of care

* as of **June 30, 2021**

** as of **2020** | *** as of **2021**



**122**

Surgery centers*



**303**

Graduate medical education programs***



## 59

Inpatient behavioral
health programs*



## 17

Regions within our
Sarah Cannon network**



## 12+

Regions with physical
nursing academic centers
and simulation centers**

# Our network of care

* Hospital locations as of **December 31, 2020**



Our Locations ⊕

## Connect with us

Stay connected and in the know. Find your favorite social platform and follow us today.



Copyright 1999-2021 C-HCA, Inc.; All rights reserved.

Terms & Conditions | Notice at Collection | Privacy Policy | Do Not Sell My Personal Information

Social Media Policy | Acceptable Use Policy | HCA Nondiscrimination Notice | Accessibility | Responsible Disclosure