CONFIDENTIAL

**From:** Samara Chamble <schamble@AUAMED.ORG>    **Exhibit 3**
**Sent:** Friday, September 18, 2020 3:59 PM
**To:** zgolkar@voorhees.edu
**Subject:** American University of Antigua Introduction
**Attachments:** AUA Fact Sheet.pdf

Good Afternoon Dr. Golkar,

I hope this message finds you well during these times. My name is Samara Chamble and I'm writing on behalf of American University of Antigua College of Medicine.

Are you the faculty advisor for students interested in medical school? I am hoping to share some information with the advisor about our institution, including how we can support interested Voorhees College applicants through scholarships, webinars and other engagement on campus. I have attached a sheet of quick facts about AUA to this email.

If you are not already familiar with our institution, located island of Antigua, AUA is a top-tier Caribbean medical school founded to give a fighting chance to students who may have been squeezed out of the highly competitive US medical school system. This includes those who may have stumbled a bit academically in undergrad, aspiring doctors from cultural backgrounds underrepresented in medicine, and students who, have had bad luck in the medical school interview process. Our philosophy is that every medical student deserves a chance to succeed.

Would you please let me know if you have availability to speak via zoom or phone further?

I hope to hear from you,
Samara

**Samara Chamble**
Manager for University Partnerships
P: (646) 745-6203
F: (973) 498-7707
schamble@auamed.org
https://calendly.com/samarachambleaua (Schedule a meeting with me)

Manipal Education Americas, LLC Representative for
American University of Antigua College of Medicine
American International College of Arts and Sciences – Antigua
1 Battery Park Plaza, 33rd Floor
New York, NY 10004
www.auamed.org

   

AUA
000002

**AMERICAN UNIVERSITY of ANTIGUA** | COLLEGE OF MEDICINE

CONFIDENTIAL

# FACTS + FIGURES *

## APPROVALS & ACCREDITATIONS

 AUA graduates can practice in the US, Canada, India, and UK.

 CARIBBEAN ACCREDITATION AUTHORITY FOR EDUCATION IN MEDICINE AND OTHER HEALTH PROFESSIONS

 MEDICAL BOARD OF CALIFORNIA

 NEW YORK STATE EDUCATION DEPARTMENT

 FLORIDA DEPARTMENT OF EDUCATION

 GENERAL MEDICAL COUNCIL (UK)

 MEDICAL COUCIL OF INDIA (MCI)

## STUDENT DEMOGRAPHICS



**1050+** STUDENTS IN BASIC SCIENCES

**56%** FEMALE   **44%** MALE

**28** AVERAGE AGE

**550+** STUDENTS IN CLINICAL SCIENCES

### CITIZENSHIP
U.S. **76%**   NON U.S. **24%**

**21** COUNTRIES REPRESENTED

**1,650+** STUDENTS CURRENTLY ENROLLED

Since its founding in 2004, AUA has produced:
**2600+** TOTAL GRADUATES

## USMLE PASS RATE

The USMLE is one of the most important exams taken by medical school students.



**97%**

In 2019, 97% of AUA students passed this exam on the first try.**

### WHAT DOES THIS MEAN?
The U.S. Medical Licensing Exams are necessary to qualify for clerkships, residency, & licensure.

**AS OF 10/2019

## CLINICAL AFFILIATIONS

AUA has clinical sites throughout the U.S., Canada, UK, and India.



More than **40** CLINICAL SITES

**All your core rotations in one convenient location.** Qualified students can complete their core & elective rotations at sites affiliated with Florida International University (FIU).

## RESIDENCY PLACEMENTS & SPECIALTIES

The "Match" is a highly competitive process that matches 4th year medical students with residency programs. AUA graduates have earned prestigious residencies and fellowships at the Mayo Clinic, Cleveland Clinic, Brown University, Dartmouth Hitchcock Medical Center, Yale New Haven Hospital, and more.

**91%** RESIDENCY ATTAINMENT RATE 2018

### DID YOU KNOW?
The AAMC projects that the US will be short 122,000 physicians by 2032.

## SCHOLARSHIPS & FINANCIAL AID

 AUA is approved to participate in the U.S. Federal Direct Loan Program (also referred to as Title IV).

☑ SCHOLARSHIPS
**18+**
INCLUDING
ACADEMIC AWARDS
CULTURAL AWARDS
MILITARY SERVICE AWARDS

 Approved to receive Canadian federal loans, provincial loans, grant programs

AUA offers qualified students a variety of scholarship opportunities that reward academic excellence and community and volunteer service.

*AS OF Jan. 2020

AUA 000003

CONFIDENTIAL

| | |
|---|---|
| **From:** | Samara Chamble <schamble@AUAMED.ORG> |
| **Sent:** | Tuesday, September 22, 2020 9:40 AM |
| **To:** | 'Zhabiz Golkar' |
| **Subject:** | American University of Antigua MOU |
| **Attachments:** | Voorhees College - AUA MOU draft.docx; AUA Fact Sheet.pdf |

Hello Dr. Golkar,

It was great speaking with you this morning.

As a follow up to our conversation, I have attached a draft Memorandum of Understanding between Voorhees College and American University of Antigua. As you and your team review the draft agreement, I'm happy to work with you on edits and answer any questions you may have. Once we have agreed on all edits the document will be ready to sign.
Benefits of a MOU with AUA include:
• Waived application fee

• Expedited admissions timeline

• Waived seat deposit

• $5,000 Preferred Partner Grant

• Dedicated Associate Director of Admissions that works with your students throughout the admissions process and conducts webinars or informational visits to campus


**AUA Virtual Advising Toolkit**
We've created a kit to share AUA program materials with pre health advisors. Please feel free to access the materials using the link below.
Dropbox Pre-med Advisor Toolkit: https://www.dropbox.com/sh/267ks9b2py4lvve/AADYpK-BxNJGsxOuioOotyTpa?dl=0

In this kit you will find the following items:
• AUA Viewbook (contains information and pictures of campus and facilities)
• 2019 New Student Guide, which includes a pre-arrival checklist, a packing list, campus and island life info, a holiday schedule and more
• Housing Guide
• AUA Alumni Magazine, with profiles of distinguished graduates
• 2019 Residency Brochure
• Student Loan Guide

Please let me know if there are any other items I can provide.

I look forward to working with you,
Samara

**Samara Chamble**
Manager for University Partnerships
P: (646) 745-6203
F: (973) 498-7707
schamble@auamed.org
https://calendly.com/samarachambleaua (Schedule a meeting with me)

AUA
000004

CONFIDENTIAL

Manipal Education Americas, LLC Representative for
American University of Antigua College of Medicine
American International College of Arts and Sciences – Antigua
1 Battery Park Plaza, 33rd Floor
New York, NY 10004
www.auamed.org



AUA
000005

CONFIDENTIAL

 

**MEMORANDUM OF UNDERSTANDING**

BETWEEN

VOORHEES COLLEGE

AND

AMERICAN UNIVERSITY OF ANTIGUA, COLLEGE OF MEDICINE

This Memorandum of Understanding is made this __ day of Month, 2020 by and between Voorhees College, hereinafter referred to as VC, an accredited University located in Denmark, South Carolina and American University of Antigua (AUA) College of Medicine, hereinafter referred to as AUA, an accredited College of Medicine located at University Park, Jabberwock Beach Road, Coolidge, Antigua,

WHEREAS VC and AUA share common goals of providing for their students a learner-centric education of the highest quality, granting opportunities to undergraduate minorities and fostering a diverse academic community as well as a diverse physician workforce; and,

WHEREAS, in furtherance of those goals, they each wish to collaborate in areas of interest and benefit to both institution; and,

WHEREAS, as part of that collaboration, the parties wish to establish a program under which students and graduates of VC are guaranteed admission into AUA's MD educational program and scholarship opportunities under the terms and conditions set forth below;

Now, therefore, the parties agree as follows:

**I.**

VC and AUA hereby agree that graduates of VC shall have:

- guaranteed admission into AUA's MD program provided that they have, at the time of their graduation, a GPA above 3.0 and otherwise meet AUA's admission requirements as set forth on

CONFIDENTIAL

AUA's website https://www.auamed.org/admissions/admissions-requirements/ as of the date that the interested applicant applies for admission into AUA's program;

- a waived application fee for interested VC applications;

- an expedited admissions timeline, including application review, interview and decision; and

- upon acceptance, once a student commits their intent to attend, a waiver of the obligation to pay AUA a pre-registration seat deposit.

## II.

VC graduates accepted into AUA's MD program under this agreement will also be eligible for a $5,000 Preferred College Partner Grant:

- this grant will be disbursed in increments of $1,000 over the course of the 5 academic periods;

- VC will be capped at 5 grants per AUA class (for a total of 10 per academic year), awarded to the first 5 students per AUA class who are accepted into and enroll into AUA's MD program; and

- students receiving the Preferred College Partner Grant will be eligible for other AUA scholarships and awards.

## III.

### Scholarships

All VC graduates who attend AUA's MD Program and who are underrepresented in medicine may qualify for the Physician Diversification Initiative Scholarship in the amount of $50,000. To qualify for this scholarship, the VC graduate must have:

- Pre-requisite and undergraduate GPA of 3.25 and above.

## IV.

The Chief Academic Officers of both VC and AUA shall designate officials with the primary role of leading this initiative at their respective institutions. These officials, working with other appropriate

administrators at the respective institutions, shall have the following responsibilities:

- act as principal contacts for individual and group activities and plan and coordinate all activities within their institutions as well as with the partner institution;

- distribute to each institution information about the faculty, facilities, research, publications, library materials and educational resources of the other institution;

- periodically review and evaluate past activities and work out new ideas for future cooperative agreements as approved by the chief academic officers;

- allow accessibility for an AUA Associate Director of Admission to meet with students through virtual and in person information sessions; and

- distribute AUA marketing materials to students

## V.

This general Memorandum of Understanding shall be identified as the parent document of any future program agreement executed between the parties. A joint degree program or linkage program will require a separate curricular harmonization and Agreement that will be approved by respective faculty bodies and signed by deans and chief academic officers.

## VI.

This Agreement anticipates that any exchange of monies based on activities performed for or on behalf of the participating institutions shall be expressed and approved in writing before these activities are performed.

Unless otherwise stated in signed supplementary agreements, each party shall be responsible for its own costs and expenses and the expenses of its personnel (staff, faculty, students and administrators) as may be incurred in the fulfillment of its obligations under this agreement.

Furthermore, neither party shall hold itself out as the agent or representative of the other or otherwise oblige the other to financial responsibility unless as the parties may mutually agree through a supplementary agreement duly signed by the Chief Academic Officers or CEOs of both parties.

CONFIDENTIAL

## VII.

Upon approval by each institution, this agreement shall remain in effect for an initial period of 5 years unless terminated earlier by either institution.

Such termination by one institution shall be effected by giving the other institution at least ninety (90) days advance written notice of its intention to terminate. Termination shall be without penalty.

## VIII.

If this agreement is terminated, neither VC nor AUA would be liable to the other for any monetary or other losses that may result unless as otherwise stated in a signed supplementary agreement.

In case of termination, each institution agrees to honor the academic plans for students and faculty accepted and approved under this Agreement.

The implementation of this MOU is contingent upon the approval of the chief academic officers and the presidents of both institutions.

Execution of this MOU by the parties may be made in counterpart copies which, together, shall be deemed an original.


_____        _____

**Neal Simon**                                    Date
President

American University of Antigua, College of Medicine


_____        _____

Name                                              Date
Title

Voorhees College

AUA
000009

CONFIDENTIAL

# AMERICAN UNIVERSITY of ANTIGUA | COLLEGE OF MEDICINE

# FACTS + FIGURES *

## APPROVALS & ACCREDITATIONS

 AUA graduates can practice in the US, Canada, India, and UK.

 CARIBBEAN ACCREDITATION AUTHORITY FOR EDUCATION IN MEDICINE AND OTHER HEALTH PROFESSIONS

 MEDICAL BOARD OF CALIFORNIA

 NEW YORK STATE EDUCATION DEPARTMENT

 FLORIDA DEPARTMENT OF EDUCATION

 GENERAL MEDICAL COUNCIL (UK)

 MEDICAL COUCIL OF INDIA (MCI)

## STUDENT DEMOGRAPHICS



1050+ STUDENTS IN BASIC SCIENCES

56% FEMALE   44% MALE

28 AVERAGE AGE

550+ STUDENTS IN CLINICAL SCIENCES

CITIZENSHIP
U.S. 76%   NON U.S. 24%

21 COUNTRIES REPRESENTED

1,650+ STUDENTS CURRENTLY ENROLLED

Since its founding in 2004, AUA has produced:
2600+ TOTAL GRADUATES

## USMLE PASS RATE

The USMLE is one of the most important exams taken by medical school students.



97%

In 2019, 97% of AUA students passed this exam on the first try.**

**WHAT DOES THIS MEAN?**
The U.S. Medical Licensing Exams are necessary to qualify for clerkships, residency, & licensure.

**AS OF 10/2019

## CLINICAL AFFILIATIONS

AUA has clinical sites throughout the U.S., Canada, UK, and India.



More than 40 CLINICAL SITES

All your core rotations in one convenient location. Qualified students can complete their core & elective rotations at sites affiliated with Florida International University (FIU).

## RESIDENCY PLACEMENTS & SPECIALTIES

The "Match" is a highly competitive process that matches 4th year medical students with residency programs. AUA graduates have earned prestigious residencies and fellowships at the Mayo Clinic, Cleveland Clinic, Brown University, Dartmouth Hitchcock Medical Center, Yale New Haven Hospital, and more.



91% RESIDENCY ATTAINMENT RATE 2018

**DID YOU KNOW?**
The AAMC projects that the US will be short 122,000 physicians by 2032.

## SCHOLARSHIPS & FINANCIAL AID

AUA is approved to participate in the U.S. Federal Direct Loan Program (also referred to as Title IV).



☑ SCHOLARSHIPS
18+
INCLUDING
ACADEMIC AWARDS
CULTURAL AWARDS
MILITARY SERVICE AWARDS

 Approved to receive Canadian federal loans, provincial loans, grant programs

 AUA offers qualified students a variety of scholarship opportunities that reward academic excellence and community and volunteer service.

*AS OF Jan. 2020

AUA
000010

CONFIDENTIAL

| | |
|---|---|
| **From:** | Calendly <notifications@calendly.com> |
| **Sent:** | Monday, September 21, 2020 1:24 PM |
| **To:** | Samara Chamble |
| **Subject:** | External    New Event: Zhabiz Golkar - 09:15am Tue, Sep 22, 2020 - 15 min AUA Quick Introduction |

CAUTION:Be Careful when opening up links and attachments.



Hi Samara Chamble,

A new event has been scheduled.

**Event Type:**
15 min AUA Quick Introduction

**Invitee:**
Zhabiz Golkar

**Invitee Email:**
zgolkar@voorhees.edu

**Event Date/Time:**
09:15am - Tuesday, September 22, 2020 (Eastern Time - US & Canada)

**Description:**

Meeting to discuss AUA College of Medicine, share information about your institution's premed students and learn about scholarship and partnership opportunities.

**Location:**
This is a Zoom web conference.

**Attendees can join this meeting from a computer, tablet or smartphone.**
https://zoom.us/j/7101450552

They can also dial in using a phone.
US: +1 301 715 8592, +1 312 626 6799, +1 646 558 8656, +1 253 215 8782, +1 346 248

AUA
000011

CONFIDENTIAL

7799, +1 669 900 9128

Meeting ID: 710-145-0552

Find your local number: https://zoom.us/u/adHl7e6OpJ

**Invitee Time Zone:**

Eastern Time - US & Canada

View event in Calendly

------

Sent from Calendly                                    Report this event

AUA
000012

CONFIDENTIAL

**From:** Zhabiz Golkar <zgolkar@voorhees.edu>
**Sent:** Tuesday, October 6, 2020 12:12 PM
**To:** Samara Chamble
**Subject:** External    Signed MOU- Voorhees College Fw: American University of Antigua MOU
**Attachments:** AUA MOU 2020-10-06_120510.pdf

**Importance:** High

CAUTION:Be Careful when opening up links and attachments.

Good afternoon Samara,

I hope you are doing well, Please see attached signed MOU. Let me know what is the next step.

Thank you
Dr. Golkar

*Zhabiz Golkar*
**Zhabiz Golkar, Ph.D.**
Chairperson & Associate Professor of Biology
Department of Science, Technology, Health and Human Services
Division of Academic Affairs
Councilor, South Carolina Academy of Sciences
Office: 803 780 1060
**www.voorhees.edu**



---

**From:** Ronnie Hopkins <rhopkins@voorhees.edu>
**Sent:** Tuesday, October 6, 2020 12:08 PM
**To:** Zhabiz Golkar <zgolkar@voorhees.edu>
**Cc:** Carolyn M. Grant <cgrant@voorhees.edu>
**Subject:** Re: Good News! Fw: American University of Antigua MOU
Good afternoon,
Please find approved MOU attached.
Thank you.

*Ronnie Hopkins*
**Ronnie Hopkins, Ph.D.**
**Provost and Vice President for Academic Affairs**
**Accreditation Officer & Professor of English**

AUA
000013

CONFIDENTIAL

**Tel. Office: 803.780.1021/1029**
**Tel. Cell: 803.260.5956**
**Fax: 803.780.4781**
rhopkins@voorhees.edu
**Post Office Box 678**
**Denmark SC 29042**
www.voorhees.edu



**From:** Zhabiz Golkar <zgolkar@voorhees.edu>
**Sent:** Tuesday, September 22, 2020 10:17 AM
**To:** Ronnie Hopkins <rhopkins@voorhees.edu>
**Cc:** Carolyn M. Grant <cgrant@voorhees.edu>
**Subject:** Good News! Fw: American University of Antigua MOU

Good morning Dr. Hopkins,

It is with pleasure to share with you, my meeting with AUA representative for university partnership was extremely productive this morning and I received the draft of MOU between Voorhees College and American University of Antigua, College of Medicine.

Please kindly review the attached draft "agreement" and provide your kind recommendations/ edits ,... Once I receive the final draft, it will be shared with AUA representative for Dr. Simion's signature ( AUA- President). A signed copy will be presented to you for review the final approval. Thank you in advance.

My Best,
Zhabiz


*Zhabiz Golkar*
**Zhabiz Golkar, Ph.D.**
Chairperson & Associate Professor of Biology
Department of Science, Technology, Health and Human Services
Division of Academic Affairs
Councilor, South Carolina Academy of Sciences
Office: 803 780 1060
www.voorhees.edu

![Voorhees College logo]

---

**From:** Samara Chamble <schamble@AUAMED.ORG>
**Sent:** Tuesday, September 22, 2020 9:40 AM
**To:** Zhabiz Golkar <zgolkar@voorhees.edu>
**Subject:** American University of Antigua MOU

This is a Trusted Voorhees College Sender

AUA
000014

CONFIDENTIAL

Hello Dr. Golkar,

It was great speaking with you this morning.

As a follow up to our conversation, I have attached a draft Memorandum of Understanding between Voorhees College and American University of Antigua. As you and your team review the draft agreement, I'm happy to work with you on edits and answer any questions you may have. Once we have agreed on all edits the document will be ready to sign.

Benefits of a MOU with AUA include:

• Waived application fee
• Expedited admissions timeline
• Waived seat deposit
• $5,000 Preferred Partner Grant
• Dedicated Associate Director of Admissions that works with your students throughout the admissions process and conducts webinars or informational visits to campus

**AUA Virtual Advising Toolkit**

We've created a kit to share AUA program materials with pre health advisors. Please feel free to access the materials using the link below.

Dropbox Pre-med Advisor Toolkit: https://www.dropbox.com/sh/267ks9b2py4lvve/AADYpK-BxNJGsxOuioOotyTpa?dl=0

In this kit you will find the following items:

• AUA Viewbook (contains information and pictures of campus and facilities)
• 2019 New Student Guide, which includes a pre-arrival checklist, a packing list, campus and island life info, a holiday schedule and more
• Housing Guide
• AUA Alumni Magazine, with profiles of distinguished graduates
• 2019 Residency Brochure
• Student Loan Guide

Please let me know if there are any other items I can provide.

I look forward to working with you,

Samara

**Samara Chamble**
Manager for University Partnerships
P: (646) 745-6203
F: (973) 498-7707
schamble@auamed.org
https://calendly.com/samarachambleaua (Schedule a meeting with me)
Manipal Education Americas, LLC Representative for
American University of Antigua College of Medicine
American International College of Arts and Sciences – Antigua
1 Battery Park Plaza, 33rd Floor
New York, NY 10004
www.auamed.org



PRIVACY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain protected legal information, health information, or other privileged or sensitive information that is private and protected from disclosure or further dissemination under State and/or Federal law. If the reader or recipient of this message/e-mail is not the intended or designated recipient, or directly responsible for delivering the message to the intended or designated recipient, you are hereby notified that any dissemination, distribution, copying, or unauthorized disclosure of this communication or the information contained herein is strictly prohibited and may subject the violator to Civil and/or Criminal penalties. If you have received this communication in error, please notify the sender immediately by telephone, reply e-mail or fax, using the telephone number and/ or address identified in this communication. Also, please destroy and delete ALL copies of this communication and ALL attachments immediately.

AUA
000015

CONFIDENTIAL

 

## MEMORANDUM OF UNDERSTANDING

### BETWEEN

### VOORHEES COLLEGE

### AND

### AMERICAN UNIVERSITY OF ANTIGUA, COLLEGE OF MEDICINE

This Memorandum of Understanding is made this 6th day of October, 2020 by and between Voorhees College, hereinafter referred to as VC, an accredited University located in Denmark, South Carolina and American University of Antigua (AUA) College of Medicine, hereinafter referred to as AUA, an accredited College of Medicine located at University Park, Jabberwock Beach Road, Coolidge, Antigua;

WHEREAS VC and AUA share common goals of providing for their students a learner-centric education of the highest quality, granting opportunities to undergraduate minorities and fostering a diverse academic community as well as a diverse physician workforce; and,

WHEREAS, in furtherance of those goals, they each wish to collaborate in areas of interest and benefit to both institution; and,

WHEREAS, as part of that collaboration, the parties wish to establish a program under which students and graduates of VC are guaranteed admission into AUA's MD educational program and scholarship opportunities under the terms and conditions set forth below;

Now, therefore, the parties agree as follows:

I.

VC and AUA hereby agree that graduates of VC shall have:

- guaranteed admission into AUA's MD program provided that they have, at the time of their graduation, a GPA above 3.0 and otherwise meet AUA's admission requirements as set forth on

AUA
000016

CONFIDENTIAL

AUA's website https://www.auamed.org/admissions/admissions-requirements/ as of the date that the interested applicant applies for admission into AUA's program;

- a waived application fee for interested VC applications;

- an expedited admissions timeline, including application review, interview and decision; and

- upon acceptance, once a student commits their intent to attend, a waiver of the obligation to pay AUA a pre-registration seat deposit.

## II.

VC graduates accepted into AUA's MD program under this agreement will also be eligible for a $5,000 Preferred College Partner Grant:

- this grant will be disbursed in increments of $1,000 over the course of the 5 academic periods;

- VC will be capped at 5 grants per AUA class (for a total of 10 per academic year), awarded to the first 5 students per AUA class who are accepted into and enroll into AUA's MD program; and

- students receiving the Preferred College Partner Grant will be eligible for other AUA scholarships and awards.

## III.

### Scholarships

All VC graduates who attend AUA's MD Program and who are underrepresented in medicine may qualify for the Physician Diversification Initiative Scholarship in the amount of $50,000. To qualify for this scholarship, the VC graduate must have:

- Pre-requisite and undergraduate GPA of 3.25 and above.

## IV.

The Chief Academic Officers of both VC and AUA shall designate officials with the primary role of leading this initiative at their respective institutions. These officials, working with other appropriate

CONFIDENTIAL

administrators at the respective institutions, shall have the following responsibilities:

- act as principal contacts for individual and group activities and plan and coordinate all activities within their institutions as well as with the partner institution;

- distribute to each institution information about the faculty, facilities, research, publications, library materials and educational resources of the other institution;

- periodically review and evaluate past activities and work out new ideas for future cooperative agreements as approved by the chief academic officers;

- allow accessibility for an AUA Associate Director of Admission to meet with students through virtual and in person information sessions; and

- distribute AUA marketing materials to students

## V.

This general Memorandum of Understanding shall be identified as the parent document of any future program agreement executed between the parties. A joint degree program or linkage program will require a separate curricular harmonization and Agreement that will be approved by respective faculty bodies and signed by deans and chief academic officers.

## VI.

This Agreement anticipates that any exchange of monies based on activities performed for or on behalf of the participating institutions shall be expressed and approved in writing before these activities are performed.

Unless otherwise stated in signed supplementary agreements, each party shall be responsible for its own costs and expenses and the expenses of its personnel (staff, faculty, students and administrators) as may be incurred in the fulfillment of its obligations under this agreement.

Furthermore, neither party shall hold itself out as the agent or representative of the other or otherwise oblige the other to financial responsibility unless as the parties may mutually agree through a supplementary agreement duly signed by the Chief Academic Officers or CEOs of both parties.

AUA
000018

## VII.

Upon approval by each institution, this agreement shall remain in effect for an initial period of 5 years unless terminated earlier by either institution.

Such termination by one institution shall be effected by giving the other institution at least ninety (90) days advance written notice of its intention to terminate. Termination shall be without penalty.

## VIII.

If this agreement is terminated, neither VC nor AUA would be liable to the other for any monetary or other losses that may result unless as otherwise stated in a signed supplementary agreement.

In case of termination, each institution agrees to honor the academic plans for students and faculty accepted and approved under this Agreement.

The implementation of this MOU is contingent upon the approval of the chief academic officers and the presidents of both institutions.

Execution of this MOU by the parties may be made in counterpart copies which, together, shall be deemed an original.

_____                    _____

**Neal Simon**
President

**American University of Antigua, College of Medicine**

_____                    10/6/2020
Name  Ronnie Hopkins                                Date
Title  Provost and Vice President for Academic Affairs

Voorhees College

CONFIDENTIAL

**From:** Samara Chamble <schamble@AUAMED.ORG>
**Sent:** Monday, September 21, 2020 1:23 PM
**To:** 'Zhabiz Golkar'
**Subject:** RE: External    Re: American University of Antigua Introduction

Hello Dr. Golkar,

Thank you for your reply. You can use the link below to schedule a call with me at your earliest convenience:
https://calendly.com/samarachambleaua

I look forward to speaking with you,
Samara

**Samara Chamble**
Manager for University Partnerships
P: (646) 745-6203
F: (973) 498-7707
schamble@auamed.org
https://calendly.com/samarachambleaua (Schedule a meeting with me)

Manipal Education Americas, LLC Representative for
American University of Antigua College of Medicine
American International College of Arts and Sciences – Antigua
1 Battery Park Plaza, 33rd Floor
New York, NY 10004
www.auamed.org



---

**From:** Zhabiz Golkar [mailto:zgolkar@voorhees.edu]
**Sent:** Friday, September 18, 2020 4:12 PM
**To:** Samara Chamble <schamble@AUAMED.ORG>
**Subject:** External Re: American University of Antigua Introduction

CAUTION:Be Careful when opening up links and attachments.

Good afternoon Samara,

Thank you for your email and interest in our VC students. I would like to set up an appointment to review the potential for our students.

Dr. Golkar

*Zhabiz Golkar*
**Zhabiz Golkar, Ph.D.**
Chairperson & Associate Professor of Biology

AUA
000020

CONFIDENTIAL

Department of Science, Technology, Health and Human Services
Division of Academic Affairs
Councilor, South Carolina Academy of Sciences
Office: 803 780 1060
**www.voorhees.edu**



---

**From:** Samara Chamble <schamble@AUAMED.ORG>
**Sent:** Friday, September 18, 2020 3:58 PM
**To:** Zhabiz Golkar <zgolkar@voorhees.edu>
**Subject:** American University of Antigua Introduction

This sender is UnKnown                                      Allow sender | Block sender

Good Afternoon Dr. Golkar,

I hope this message finds you well during these times. My name is Samara Chamble and I'm writing on behalf of American University of Antigua College of Medicine.

Are you the faculty advisor for students interested in medical school? I am hoping to share some information with the advisor about our institution, including how we can support interested Voorhees College applicants through scholarships, webinars and other engagement on campus. I have attached a sheet of quick facts about AUA to this email.

If you are not already familiar with our institution, located island of Antigua, AUA is a top-tier Caribbean medical school founded to give a fighting chance to students who may have been squeezed out of the highly competitive US medical school system. This includes those who may have stumbled a bit academically in undergrad, aspiring doctors from cultural backgrounds underrepresented in medicine, and students who, have had bad luck in the medical school interview process. Our philosophy is that every medical student deserves a chance to succeed.

Would you please let me know if you have availability to speak via zoom or phone further?

I hope to hear from you,
Samara

**Samara Chamble**
Manager for University Partnerships
P: (646) 745-6203
F: (973) 498-7707
schamble@auamed.org
https://calendly.com/samarachambleaua (Schedule a meeting with me)

Manipal Education Americas, LLC Representative for
American University of Antigua College of Medicine
American International College of Arts and Sciences – Antigua
1 Battery Park Plaza, 33rd Floor

2

AUA
000021

CONFIDENTIAL

New York, NY 10004
www.auamed.org



PRIVACY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain protected legal information, health information, or other privileged or sensitive information that is private and protected from disclosure or further dissemination under State and/or Federal law. If the reader or recipient of this message/e-mail is not the intended or designated recipient, or directly responsible for delivering the message to the intended or designated recipient, you are hereby notified that any dissemination, distribution, copying, or unauthorized disclosure of this communication or the information contained herein is strictly prohibited and may subject the violator to Civil and/or Criminal penalties. If you have received this communication in error, please notify the sender immediately by telephone, reply e-mail or fax, using the telephone number and/ or address identified in this communication. Also, please destroy and delete ALL copies of this communication and ALL attachments immediately.

AUA
000022

CONFIDENTIAL

**From:**        Zhabiz Golkar <zgolkar@voorhees.edu>
**Sent:**        Tuesday, September 22, 2020 10:20 AM
**To:**          Samara Chamble
**Subject:**     External    Re: American University of Antigua MOU

CAUTION:Be Careful when opening up links and attachments.

Good morning Samara,

Thanks much! I will process the MOU and will contact you shortly. It was pleasure to speak with you today as well. Looking forward to a wonderful partnership with AUA and VC in future.

Best,

*Zhabiz Golkar*
**Zhabiz Golkar, Ph.D.**
Chairperson & Associate Professor of Biology
Department of Science, Technology, Health and Human Services
Division of Academic Affairs
Councilor, South Carolina Academy of Sciences
Office: 803 780 1060
**www.voorhees.edu**



---

**From:** Samara Chamble <schamble@AUAMED.ORG>
**Sent:** Tuesday, September 22, 2020 9:40 AM
**To:** Zhabiz Golkar <zgolkar@voorhees.edu>
**Subject:** American University of Antigua MOU

This is a Trusted Voorhees College Sender

Hello Dr. Golkar,
It was great speaking with you this morning.
As a follow up to our conversation, I have attached a draft Memorandum of Understanding between Voorhees College and American University of Antigua. As you and your team review the draft agreement, I'm happy to work with you on edits and answer any questions you may have. Once we have agreed on all edits the document will be ready to sign.
Benefits of a MOU with AUA include:
• Waived application fee
• Expedited admissions timeline
• Waived seat deposit
• $5,000 Preferred Partner Grant

AUA
000023

CONFIDENTIAL

• Dedicated Associate Director of Admissions that works with your students throughout the admissions process and conducts webinars or informational visits to campus

**AUA Virtual Advising Toolkit**

We've created a kit to share AUA program materials with pre health advisors. Please feel free to access the materials using the link below.

Dropbox Pre-med Advisor Toolkit: https://www.dropbox.com/sh/267ks9b2py4lvve/AADYpK-BxNJGsxOuioOotyTpa?dl=0

In this kit you will find the following items:

• AUA Viewbook (contains information and pictures of campus and facilities)
• 2019 New Student Guide, which includes a pre-arrival checklist, a packing list, campus and island life info, a holiday schedule and more
• Housing Guide
• AUA Alumni Magazine, with profiles of distinguished graduates
• 2019 Residency Brochure
• Student Loan Guide

Please let me know if there are any other items I can provide.

I look forward to working with you,

Samara

**Samara Chamble**

Manager for University Partnerships

P: (646) 745-6203

F: (973) 498-7707

schamble@auamed.org

https://calendly.com/samarachambleaua (Schedule a meeting with me)

Manipal Education Americas, LLC Representative for

American University of Antigua College of Medicine

American International College of Arts and Sciences – Antigua

1 Battery Park Plaza, 33rd Floor

New York, NY 10004

www.auamed.org



PRIVACY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain protected legal information, health information, or other privileged or sensitive information that is private and protected from disclosure or further dissemination under State and/or Federal law. If the reader or recipient of this message/e-mail is not the intended or designated recipient, or directly responsible for delivering the message to the intended or designated recipient, you are hereby notified that any dissemination, distribution, copying, or unauthorized disclosure of this communication or the information contained herein is strictly prohibited and may subject the violator to Civil and/or Criminal penalties. If you have received this communication in error, please notify the sender immediately by telephone, reply e-mail or fax, using the telephone number and/ or address identified in this communication. Also, please destroy and delete ALL copies of this communication and ALL attachments immediately.

AUA
000024

CONFIDENTIAL

**From:** Zhabiz Golkar <zgolkar@voorhees.edu>
**Sent:** Tuesday, September 22, 2020 9:27 AM
**To:** Samara Chamble
**Subject:** External    VC- School's logo
**Attachments:** VC 2C logo Sq 2018 Tag.ai; VC 2C logo Sq 2018 Tag.jpg; VC 2C Logo Horiz 2018 Tag.ai; VC 2C Logo Horiz 2018 Tag.jpg

CAUTION:Be Careful when opening up links and attachments.

Good morning Samara,

Please see attached requested VC official logo.

Thank you
Dr. Golkar

*Zhabiz Golkar*
**Zhabiz Golkar, Ph.D.**
Chairperson & Associate Professor of Biology
Department of Science, Technology, Health and Human Services
Division of Academic Affairs
Councilor, South Carolina Academy of Sciences
Office: 803 780 1060
**www.voorhees.edu**



PRIVACY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain protected legal information, health information, or other privileged or sensitive information that is private and protected from disclosure or further dissemination under State and/or Federal law. If the reader or recipient of this message/e-mail is not the intended or designated recipient, or directly responsible for delivering the message to the intended or designated recipient, you are hereby notified that any dissemination, distribution, copying, or unauthorized disclosure of this communication or the information contained herein is strictly prohibited and may subject the violator to Civil and/or Criminal penalties. If you have received this communication in error, please notify the sender immediately by telephone, reply e-mail or fax, using the telephone number and/ or address identified in this communication. Also, please destroy and delete ALL copies of this communication and ALL attachments immediately.

AUA
000025

CONFIDENTIAL

AUA
000026



CONFIDENTIAL

AUA
000027



CONFIDENTIAL

**From:**       Zhabiz Golkar <zgolkar@voorhees.edu>
**Sent:**       Monday, September 21, 2020 1:25 PM
**To:**         Samara Chamble
**Subject:**    Re: External    Re: American University of Antigua Introduction


# 15 min AUA Quick Introduction

## 9:15am - 9:30am, Tuesday, September 22, 2020



**Thank you**



*Zhabiz Golkar*
**Zhabiz Golkar, Ph.D.**
Chairperson & Associate Professor of Biology
Department of Science, Technology, Health and Human Services
Division of Academic Affairs
Councilor, South Carolina Academy of Sciences
Office: 803 780 1060
**www.voorhees.edu**




---

**From:** Samara Chamble <schamble@AUAMED.ORG>
**Sent:** Monday, September 21, 2020 1:22 PM
**To:** Zhabiz Golkar <zgolkar@voorhees.edu>
**Subject:** RE: External Re: American University of Antigua Introduction

This is a Trusted Voorhees College Sender

Hello Dr. Golkar,
Thank you for your reply. You can use the link below to schedule a call with me at your earliest convenience:
https://calendly.com/samarachambleaua
I look forward to speaking with you,
Samara

AUA
000028

CONFIDENTIAL

**Samara Chamble**
Manager for University Partnerships
P: (646) 745-6203
F: (973) 498-7707
schamble@auamed.org
https://calendly.com/samarachambleaua (Schedule a meeting with me)
Manipal Education Americas, LLC Representative for
American University of Antigua College of Medicine
American International College of Arts and Sciences – Antigua
1 Battery Park Plaza, 33rd Floor
New York, NY 10004
www.auamed.org



---

**From:** Zhabiz Golkar [mailto:zgolkar@voorhees.edu]
**Sent:** Friday, September 18, 2020 4:12 PM
**To:** Samara Chamble <schamble@AUAMED.ORG>
**Subject:** External Re: American University of Antigua Introduction
CAUTION:Be Careful when opening up links and attachments.
Good afternoon Samara,
Thank you for your email and interest in our VC students. I would like to set up an appointment to review the potential for our students.
Dr. Golkar
*Zhabiz Golkar*
**Zhabiz Golkar, Ph.D.**
Chairperson & Associate Professor of Biology
Department of Science, Technology, Health and Human Services
Division of Academic Affairs
Councilor, South Carolina Academy of Sciences
Office: 803 780 1060
**www.voorhees.edu**



---

**From:** Samara Chamble <schamble@AUAMED.ORG>
**Sent:** Friday, September 18, 2020 3:58 PM
**To:** Zhabiz Golkar <zgolkar@voorhees.edu>
**Subject:** American University of Antigua Introduction

This sender is UnKnown                                      Allow sender | Block sender

Good Afternoon Dr. Golkar,
I hope this message finds you well during these times. My name is Samara Chamble and I'm writing on behalf of American University of Antigua College of Medicine.
Are you the faculty advisor for students interested in medical school? I am hoping to share some information with the advisor about our institution, including how we can support interested Voorhees College applicants through scholarships, webinars and other engagement on campus. I have attached a sheet of quick facts about AUA to this email. If you are not already familiar with our institution, located island of Antigua, AUA is a top-tier Caribbean medical school founded to give a fighting chance to students who may have been squeezed out of the highly competitive US medical school system. This includes those who may have stumbled a bit academically in undergrad, aspiring doctors from cultural backgrounds underrepresented in medicine, and students who, have had bad luck in the medical school interview process. Our philosophy is that every medical student deserves a chance to succeed.

AUA
000029

CONFIDENTIAL

Would you please let me know if you have availability to speak via zoom or phone further?

I hope to hear from you,

Samara

**Samara Chamble**

Manager for University Partnerships

P: (646) 745-6203

F: (973) 498-7707

schamble@auamed.org

https://calendly.com/samarachambleaua (Schedule a meeting with me)

Manipal Education Americas, LLC Representative for

American University of Antigua College of Medicine

American International College of Arts and Sciences – Antigua

1 Battery Park Plaza, 33rd Floor

New York, NY 10004

www.auamed.org



PRIVACY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain protected legal information, health information, or other privileged or sensitive information that is private and protected from disclosure or further dissemination under State and/or Federal law. If the reader or recipient of this message/e-mail is not the intended or designated recipient, or directly responsible for delivering the message to the intended or designated recipient, you are hereby notified that any dissemination, distribution, copying, or unauthorized disclosure of this communication or the information contained herein is strictly prohibited and may subject the violator to Civil and/or Criminal penalties. If you have received this communication in error, please notify the sender immediately by telephone, reply e-mail or fax, using the telephone number and/ or address identified in this communication. Also, please destroy and delete ALL copies of this communication and ALL attachments immediately.

PRIVACY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain protected legal information, health information, or other privileged or sensitive information that is private and protected from disclosure or further dissemination under State and/or Federal law. If the reader or recipient of this message/e-mail is not the intended or designated recipient, or directly responsible for delivering the message to the intended or designated recipient, you are hereby notified that any dissemination, distribution, copying, or unauthorized disclosure of this communication or the information contained herein is strictly prohibited and may subject the violator to Civil and/or Criminal penalties. If you have received this communication in error, please notify the sender immediately by telephone, reply e-mail or fax, using the telephone number and/ or address identified in this communication. Also, please destroy and delete ALL copies of this communication and ALL attachments immediately.

AUA
000030

CONFIDENTIAL

**From:**                Samara Chamble <schamble@AUAMED.ORG>
**Sent:**                Tuesday, September 29, 2020 2:02 PM
**To:**                  'Zhabiz Golkar'
**Subject:**           RE: External     Re: American University of Antigua MOU

Hello Dr. Golkar,

How are you? I'm checking in to see if you or your colleagues had any questions about the proposed MOU agreement or AUA.

Best,
Samara

**Samara Chamble**
Manager for University Partnerships
P: (646) 745-6203
F: (973) 498-7707
schamble@auamed.org
https://calendly.com/samarachambleaua (Schedule a meeting with me)

Manipal Education Americas, LLC Representative for
American University of Antigua College of Medicine
American International College of Arts and Sciences – Antigua
1 Battery Park Plaza, 33rd Floor
New York, NY 10004
www.auamed.org



---

**From:** Zhabiz Golkar [mailto:zgolkar@voorhees.edu]
**Sent:** Tuesday, September 22, 2020 10:20 AM
**To:** Samara Chamble <schamble@AUAMED.ORG>
**Subject:** External Re: American University of Antigua MOU

CAUTION:Be Careful when opening up links and attachments.

Good morning Samara,

Thanks much! I will process the MOU and will contact you shortly. It was pleasure to speak with you today as well. Looking forward to a wonderful partnership with AUA and VC in future.

Best,

*Zhabiz Golkar*
**Zhabiz Golkar, Ph.D.**
Chairperson & Associate Professor of Biology

1

CONFIDENTIAL

Department of Science, Technology, Health and Human Services
Division of Academic Affairs
Councilor, South Carolina Academy of Sciences
Office: 803 780 1060
www.voorhees.edu



---

**From:** Samara Chamble <schamble@AUAMED.ORG>
**Sent:** Tuesday, September 22, 2020 9:40 AM
**To:** Zhabiz Golkar <zgolkar@voorhees.edu>
**Subject:** American University of Antigua MOU

This is a Trusted Voorhees College Sender

Hello Dr. Golkar,

It was great speaking with you this morning.

As a follow up to our conversation, I have attached a draft Memorandum of Understanding between Voorhees College and American University of Antigua. As you and your team review the draft agreement, I'm happy to work with you on edits and answer any questions you may have. Once we have agreed on all edits the document will be ready to sign.
Benefits of a MOU with AUA include:
• Waived application fee
• Expedited admissions timeline
• Waived seat deposit
• $5,000 Preferred Partner Grant
• Dedicated Associate Director of Admissions that works with your students throughout the admissions process and conducts webinars or informational visits to campus

**AUA Virtual Advising Toolkit**
We've created a kit to share AUA program materials with pre health advisors. Please feel free to access the materials using the link below.
Dropbox Pre-med Advisor Toolkit: https://www.dropbox.com/sh/267ks9b2py4lvve/AADYpK-BxNJGsxOuioOotyTpa?dl=0

In this kit you will find the following items:
• AUA Viewbook (contains information and pictures of campus and facilities)
• 2019 New Student Guide, which includes a pre-arrival checklist, a packing list, campus and island life info, a holiday schedule and more
• Housing Guide
• AUA Alumni Magazine, with profiles of distinguished graduates
• 2019 Residency Brochure
• Student Loan Guide

Please let me know if there are any other items I can provide.

AUA
000032

CONFIDENTIAL

I look forward to working with you,
Samara

**Samara Chamble**
Manager for University Partnerships
P: (646) 745-6203
F: (973) 498-7707
schamble@auamed.org
https://calendly.com/samarachambleaua (Schedule a meeting with me)

Manipal Education Americas, LLC Representative for
American University of Antigua College of Medicine
American International College of Arts and Sciences – Antigua
1 Battery Park Plaza, 33rd Floor
New York, NY 10004
www.auamed.org



PRIVACY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain protected legal information, health information, or other privileged or sensitive information that is private and protected from disclosure or further dissemination under State and/or Federal law. If the reader or recipient of this message/e-mail is not the intended or designated recipient, or directly responsible for delivering the message to the intended or designated recipient, you are hereby notified that any dissemination, distribution, copying, or unauthorized disclosure of this communication or the information contained herein is strictly prohibited and may subject the violator to Civil and/or Criminal penalties. If you have received this communication in error, please notify the sender immediately by telephone, reply e-mail or fax, using the telephone number and/ or address identified in this communication. Also, please destroy and delete ALL copies of this communication and ALL attachments immediately.

AUA
000033

CONFIDENTIAL

**From:** Samara Chamble <schamble@AUAMED.ORG>
**Sent:** Thursday, April 15, 2021 2:54 PM
**To:** 'zgolkar@voorhees.edu'
**Subject:** A Note From Dr. John Yergan - American University of Antigua College of Medicine

Good Afternoon Dr. Golkar,

I hope this email finds you well. As we are now in Spring, I know that many of your students are receiving US medical school admission decisions. This can be both an exciting and stressful time for students. Our Executive Dean of Preclinical Sciences, Dr. John Yergan, went through this same process himself. As a MOU program affiliate institution, AUA is here for your students. Having said that, Dr. Yergan asked me to share the following message with you.

**Message to Program Affiliates:**

**I recall as a Black medical student in the United States traveling to HBCUs to represent my school and to recruit college students to apply. It was a rewarding and successful experience. My medical school days have been followed by a satisfying career in medicine. Currently, I serve as our school's Executive Dean for the preclinical campus in Antigua. Our mission is to provide high quality medical education to all of our students. We provide access to medical education to a broader range of students, including students who might not otherwise have the opportunity to study medicine. This is our passion.**

**We have a modern campus on the lovely island of Antigua. Our goal is to not only teach, but to support students while they are here. We prepare them for clinical rotations at affiliate hospitals throughout the U.S. If you have students you think may be interested in our school, please do not hesitate to contact Samara Chamble, Manager for University Outreach. She will take it from there.**

**Sincerely,**

**John Yergan, MD MPH**
**Executive Dean of Preclinical Sciences**
**American University of Antigua College of Medicine**



AUA
000034

CONFIDENTIAL

All the best,
Samara


**Samara Chamble**
Manager for University Outreach
P: (646) 745-6203
F: (973) 498-7707
schamble@auamed.org
https://calendly.com/samarachambleaua (Schedule a meeting with me)

Manipal Education Americas, LLC Representative for
American University of Antigua College of Medicine
American International College of Arts and Sciences – Antigua
40 Wall St, 10th Floor
New York, NY 10005
www.auamed.org





Proud supporter of the American Medical Student Association

AUA
000035