**Exhibit 5**

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Emily Doe | ) | Civil Action No.: 4:20-cv-04445-SAL |
| Plaintiff | ) | |
| vs. | ) | **AFFIDAVIT OF** |
| | ) | **JOSEPH MAGGIONCALDA** |
| American University of Antigua Inc., | ) | |
| | ) | |
| Defendant | ) | |

Personally appeared before me, Joseph Maggioncalda, who being duly sworn, deposes and says that:

1. I am over the age of eighteen years and am competent to state the matters set forth herein.

2. I am the father of Plaintiff Emily Doe. I have been a resident of South Carolina in excess of five (5) years. I receive all personal mail at my home address in South Carolina.

3. I have paid all fees for tuition and other costs for Plaintiff in connection with her education at defendant AUA from South Carolina.

4. From the time Emily applied for admission to AUA, I paid all fees for her education at AUA via credit card payable to Manipal Education Americas LLC or by going to Manipal's website which had a pay function to enter payment information using a function known as Plastiq services, which was also paid by credit card.

5. All credit card statements from the accounts which paid Emily's application fees, tuition and other costs her education at AUA are South Carolina credit cards which are billed to me in South Carolina and paid from South Carolina.

6. On some occasions, I mailed checks to Manipal from South Carolina using United States Mail to an address in New York, also related to Emily's enrollment or tuition at AUA.

7. I participated in a Microsoft Teams virtual hearing with Emily from South Carolina with officials from AUA on September 21, 2020. Emily and I used the same computer.

FURTHER, DEPONENT SAYETH NOT.

_____
Joseph Maggioncalda

Sworn to before me this
11th day of October, 2021.

_____
Notary public for South Carolina
My commission expires:

2