# EXHIBITS A, B & C
# TO DEFENDANT AUA'S
# RESPONSE IN OPPOSITION [ECF NO. 41]
# TO PLAINTIFF'S MOTION TO COMPEL