AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Emily Doe, ) | |
| ) | No.  4:20-cv-04445-JD |
| Plaintiff(s), ) | |
| ) | |
| vs ) | |
| ) | |
| American University of Antigua Inc, ) | |
| ) | |
| Defendant(s). ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that  *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%,  along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: This case is dismissed.


This action was  *(check one)*:
☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge, who grants Defendant's Motion to Dismiss.

Robin L. Blume<br>CLERK OF COURT

By: s/Leah Gibbons, Deputy Clerk

November 15, 2021